CARLOS M. LAZATIN  (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:     +1 213 430 6407

Attorneys for Defendant
Bitmain, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants. | Case No. 5:18-CV-07004<br><br>**NOTICE OF APPEARANCE OF CARLOS M. LAZATIN** |

1   **PLEASE TAKE NOTICE** of the appearance of Carlos M. Lazatin of the firm

2   O'Melveny & Myers LLP, as counsel of record on behalf of Defendant Bitmain Inc., in the

3   above-captioned matter.  It is respectfully requested that copies of all notices, pleadings, orders,

4   or other documents pertaining to the above-entitled matter should be sent to counsel at the address

5   below:

6       Carlos M. Lazatin (S.B. #229650)
7       O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
8       Los Angeles, California  90071-2899
    clazatin@omm.com

10       Carlos M. Lazatin is licensed to practice law in the State of California, is a member in

11   good standing of the California State Bar, and is admitted to practice before the United States

12   District Court for the Northern District of California.

15   Dated:  January 16, 2019      Respectfully submitted,

16                                                  CARLOS M. LAZATIN
                                               WILLIAM K. PAO
17                                                  XIN-YI ZHOU

18                                                  O'MELVENY & MYERS LLP

20                                        By:        */s/ Carlos M. Lazatin*
                                                    Carlos M. Lazatin
21                                                  Attorneys for Defendant
                                               Bitmain Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 16th day of January, 2019.

*/s/ Carlos M. Lazatin*
Carlos M. Lazatin