CARLOS M. LAZATIN  (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:    +1 213 430 6407

Attorneys for Defendant
Bitmain, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants. | Case No. 5:18-CV-07004<br><br>**NOTICE OF APPEARANCE OF XIN-YI ZHOU** |

**PLEASE TAKE NOTICE** of the appearance of Xin-Yi Zhou of the firm O'Melveny & Myers LLP, as counsel of record on behalf of Defendant Bitmain Inc., in the above-captioned matter. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-entitled matter should be sent to counsel at the address below:

> Xin-Yi Zhou (S.B. #251969)
> O'MELVENY & MYERS LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, California 90071-2899
> vzhou@omm.com

Xin-Yi Zhou is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California.

Dated: January 16, 2019

Respectfully submitted,

CARLOS M. LAZATIN
WILLIAM K. PAO
XIN-YI ZHOU

O'MELVENY & MYERS LLP

By: */s/ Xin-Yi Zhou*
    Xin-Yi Zhou
Attorneys for Defendant
Bitmain Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 16th day of January, 2019.

*/s/ Xin-Yi Zhou*
Xin-Yi Zhou

- i -

CERTIFICATE OF SERVICE
5:18-CV-07004