CARLOS M. LAZATIN  (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:     +1 213 430 6407

Attorneys for Defendant
Bitmain, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>　　　　　　　Defendants. | Case No. 5:18-CV-07004<br><br>**NOTICE OF APPEARANCE OF WILLIAM K. PAO** |

**PLEASE TAKE NOTICE** of the appearance of William K. Pao of the firm O'Melveny & Myers LLP, as counsel of record on behalf of Defendant Bitmain Inc., in the above-captioned matter. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-entitled matter should be sent to counsel at the address below:

> William K. Pao (S.B. #252637)
> O'MELVENY & MYERS LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, California  90071-2899
> wpao@omm.com

William K. Pao is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California.

Dated:  January 16, 2019

Respectfully submitted,

CARLOS M. LAZATIN
WILLIAM K. PAO
XIN-YI ZHOU

O'MELVENY & MYERS LLP


By:  */s/ William K. Pao*
         William K. Pao
Attorneys for Defendant
Bitmain Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 16th day of January, 2019.

*/s/ William K. Pao*
William K. Pao