1  CARLOS M. LAZATIN  (S.B. #229650)
   clazatin@omm.com
2  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
3  XIN-YI ZHOU (S.B. #251969)
   vzhou@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  18th Floor
   Los Angeles, California 90071-2899
6  Telephone:    +1 213 430 6000
   Facsimile:    +1 213 430 6407
7
   Attorneys for Defendant
8  Bitmain, Inc.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE

12

13
   GOR GEVORKYAN, on behalf of himself and     Case No. 5:18-CV-07004
14 all others similarly situated,
                                               **DEFENDANT BITMAIN, INC.'S**
15                Plaintiff,                    **CERTIFICATION OF INTERESTED**
                                               **ENTITIES OR PERSONS PURSUANT**
16        v.                                    **TO FEDERAL RULE OF CIVIL**
                                               **PROCEDURE 7.1 AND CIVIL LOCAL**
17 BITMAIN, INC., BITMAIN                       **RULE 3-15**
   TECHNOLOGIES, LTD., and DOES 1 to 10,
18
                  Defendants.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant

2    Bitmain Inc. hereby provides the following Disclosure and Certificate of Interested Entities:

3    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

4    record certifies that Bitmain Inc. is a wholly owned subsidiary of BitMain Technologies Holding

5    Company.  No publicly held corporation owns 10% or more of the stock of Bitmain Inc.

6    Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, no such

7    interest is known other than that of the named parties and the entity identified above.

8

9

10    Dated:  January 16, 2019                      Respectfully submitted,

11                                                              CARLOS M. LAZATIN
12                                                              WILLIAM K. PAO
                                                                   XIN-YI ZHOU
13
                                                                   O'MELVENY & MYERS LLP
14

15                                                              By:      _s/ William K. Pao_____
16                                                                       William K. Pao
                                                                   Attorneys for Defendant
17                                                                   Bitmain Inc.

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 16th day of January, 2019.

*s/ William K. Pao*

William K. Pao

CERTIFICATE OF SERVICE
5:18-CV-07004