UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gor Gevorkyan,

        Plaintiff(s)

v.

Bitmain Inc., et al.,

        Defendant(s)

Case No. C 3:18-cv-07004

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 1/31/2019    Signed: /s/ Rebecca Tang

                                Party

Date: 1/31/2019    Signed: /s/ William K. Pao

                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

- ☐ intend to stipulate to an ADR process
- ☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 1/31/2019    Signed: /s/ William K. Pao

                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 5-1-2018*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from all signatories above.

Dated:  January 31, 2019

Respectfully submitted,

O'MELVENY & MYERS LLP

By:      /s/ *William K. Pao*
             William K. Pao
Attorney for Defendant
Bitmain, Inc.