AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Gor Gevorkyan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:18-CV-07004-VKD |
| Bitmain, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Gor Gevorkyan.

Date:  02/11/2019

/s/ Jordan L. Lurie
*Attorney's signature*

Jordan L. Lurie (State Bar Number 130013)
*Printed name and bar number*

POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
*Address*

jllurie@pomlaw.com
*E-mail address*

(310) 432-8492
*Telephone number*

(917) 463-1044
*FAX number*