**Frontier Law Center**
Robert L. Starr (183052)
Adam M. Rose (210880)
Karo G. Karapetyan (318101)
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:  robert@frontierlawcenter.com
             adam@frontierlawcenter.com
             karo@frontierlawcenter.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOR GEVORKYAN on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD. AND DOES 1 TO 10.<br><br>                    Defendants. | Case No. 3:18-cv-07004-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT BITMAIN, INC.** |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Gor Gevorkyan through his counsel, hereby gives notice that **Defendant Bitmain, Inc.** is hereby voluntarily dismissed from the above-captioned action.

Plaintiff will continue to prosecute the action against the remaining defendants.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:  February 14, 2019          FRONTIER LAW CENTER

*/s/ Robert L. Starr*
Robert L. Starr (183052)
Adam M. Rose (210880)
Karo G. Karapetyan (318101)
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:      robert@frontierlawcenter.com
                  adam@frontierlawcenter.com
                  karo@frontierlawcenter.com

*Attorneys for Plaintiff*