**Frontier Law Center**
Robert L. Starr (183052)
Adam M. Rose (210880)
Karo G. Karapetyan (318101)
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:  robert@frontierlawcenter.com
         adam@frontierlawcenter.com
         karo@frontierlawcenter.com

**POMERANTZ, LLP**
Jordan L. Lurie (130013)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (917) 463-1044
E-Mail: jllurie@pomlaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOR GEVORKIAN, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> BITMAIN TECHNOLOGIES, LTD., <br><br> Defendant. | Case No. 3:18-cv-07004-JD <br><br> PLAINTIFF GOR GEVORKYAN'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANT BITMAIN TECHNOLOGIES, LTD. AND TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER <br><br> Date: March 28, 2019 <br> Time: 10:00 a.m. <br> Ctrm: 11 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on March 28, 2019 at 10:00 a.m. or as soon thereafter as may be heard in Courtroom 11 of the United States District Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, plaintiff Gor Gevorkyan will move the court pursuant to Fed. R. Civ. P. 6 to extend the time to serve foreign defendant Bitmain Technologies, Ltd. in China, and to continue the case management conference. The motion is based on this notice, the memorandum of points and authorities, pleadings on file, and arguments at the hearing.

Date:  February 20, 2019                                         FRONTIER LAW CENTER

                                                                               /s/ Adam Rose
                                                                               Attorney for Plaintiff
                                                                               Gor Gevorkyan

MEMORANDUM OF POINTS AND AUTHORITIES

As alleged in the complaint, Bitmain Technologies is a Chinese corporation. Plaintiff is in the process of effecting foreign service on Bitmain Technologies pursuant to Fed.R.Civ.P 4(f) via the Hague Convention. Plaintiff has translated the complaint into Chinese. However, the papers to be served must be presented to the Chinese Central Authority, which then must transmit the documents to local authorities for service upon the Bitmain Technologies, Ltd. In Beijing.

It is Plaintiff's understanding that service of process through the Chinese Central Authority can take at least eight months (*see e.g.*, ABA Section of Litigation 2012 Section Annual Conference, April 18-20, 2012: ABA Chinese Drywall Panel, "Service of Process in China") and as long as eighteen months.

To accommodate this extraordinary time to perfect service, Plaintiff requests an extension of time for service of process pursuant to Fed.R.Civ.P. 6(b)(1), which provides: "When an act may or must be done within a specific time, the court may, for good cause shown, extend the time." Accordingly, Plaintiff requests an extension until at least October 20, 2019 or another reasonable date to effect service on Defendant Bitmain Technologies Ltd.

Separately, Plaintiff notes that the CMC in this matter is currently scheduled for March 7, 2019. Since defendant Bitmain Technologies Ltd has not yet appeared in the action and the other named defendant, Bitmain, Inc., has been dismissed without prejudice (Dkt. No. 23), the Court may wish to reschedule the case management conference to a later date.

Date:  February 20, 2018                FRONTIER LAW CENTER

                                        /s/ Adam Rose
                                        Attorney for Plaintiff
                                        Gor Gevorkyan