1 | **Frontier Law Center**
2 | Robert L. Starr (183052)
3 | Adam M. Rose (210880)
    Karo G. Karapetyan (318101)
    23901 Calabasas Rd, Suite 2074
4 | Calabasas, CA 91302
    Telephone: (818) 914-3433
5 | Facsimile: (818) 914-3433
6 | E-Mail: robert@frontierlawcenter.com
            adam@frontierlawcenter.com
7 |         karo@frontierlawcenter.com

8 | **POMERANTZ, LLP**
9 | Jordan L. Lurie (130013)
    1100 Glendon Avenue, 15th Floor
10| Los Angeles, CA 90024
    Telephone: (310) 432-8492
11| Facsimile: (917) 463-1044
12| E-Mail: jllurie@pomlaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOR GEVORKIAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BITMAIN TECHNOLOGIES, LTD.,<br><br>    Defendant. | Case No. 3:18-cv-07004-JD<br><br>[Proposed] ORDER |

Based on the arguments in the motion, the court grants the motion for an extension of time to serve Bitmain Technologies, Ltd. In China. The new deadline to serve Bitmain Technologies, Ltd. is _____ and the case management conference is continued to _____.

IT IS SO ORDERED.

Date: _____

                                        Hon. Judge James Donato