**Frontier Law Center**
Robert L. Starr (183052)
Adam M. Rose (210880)
Karo G. Karapetyan (318101)
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:  robert@frontierlawcenter.com
         adam@frontierlawcenter.com
         karo@frontierlawcenter.com

**POMERANTZ, LLP**
Jordan L. Lurie (130013)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (917) 463-1044
E-Mail: jllurie@pomlaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOR GEVORKIAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>BITMAIN TECHNOLOGIES, LTD.,<br><br>          Defendant. | Case No. 3:18-cv-07004-JD<br><br>STATUS REPORT RE: SERVICE ON BITMAIN TECHNOLOGIES, LTD. |

This action was filed on November 19, 2019.  Defendant Bitmain Technologies, Ltd. is a Chinese corporation with its principal place of business in Beijing, China.  The Foreign Corporation did not consent to accept service of the summons and complaint.

Plaintiffs' requested an extension of time for service to comply with the Hague Convention.

On February 28, 2019, the Court extended the time for service until October 21, 2019. The Court also Ordered Plaintiffs to file a status report by June 28, 2019.

The status of service is as follows: The summons and complaint were delivered to the Central Authority in China on May 1, 2019.  Proof of delivery is attached. Plaintiffs are now waiting for the Chinese authority to provide notice that service has been effected.

Date: June 20, 2019                                FRONTIER LAW CENTER

<u>/s/ Adam Rose</u>
Attorney for Plaintiff
Gor Gevorkyan

STATUS REPORT                                                                                                  1