# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

## Tracking Number

1Z26AA510492615410

## Weight

0.90 LBS

## Service

UPS Worldwide Saver®
with UPS Carbon Neutral

## Shipped / Billed On

05/01/2019

## Delivered On

05/06/2019 5:06 P.M.

## Delivered To

33 PING AN LI XI DA JIE ,XI CHEN ST
BEIJING, 100035, CN

## Received By

MSLI

## Left At

Office

## Reference Number(s)

26AA51TCYL8, FRONTIER CHN (WITH BRACH)

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 05/06/2019 12:15 P.M. EST