AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Gor Gevorkyan | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-07004-JD |
| Bitmain, Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Gor Gevorkyan.

Date:   07/11/2019

/s/ Ari Y. Basser
*Attorney's signature*

Ari Y. Basser State Bar # 272618
*Printed name and bar number*

Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

*Address*

abasser@pomlaw.com
*E-mail address*

(310) 405-7190
*Telephone number*

(917) 463-1044
*FAX number*