UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>   Defendants, | Case No. 3:18-CV-07004-JD<br><br>NOTICE OF APPEARANCE |

  PLEASE TAKE NOTICE that the undersigned is admitted to practice in this District and hereby appears on behalf of Plaintiff Gor Gevorkyan, individually, and on behalf of all others similarly situated, and requests that you serve all papers in this action upon the undersigned at the e-mail address stated below.

Dated: July 12, 2019
   New York, New York

             **MARLBOROUGH LAW FIRM, PC**

      By: _/s/ Chris Marlborough_
             Christopher Marlborough (Cal. Bar No. 298219)
             445 Broad Hollow Road, Suite 400
             Melville, New York 11747
             Tel: (212) 991-8960
             Fax: (212) 991-8952
             E-Mail: chris@marlboroughlawfirm.com