1  CARLOS M. LAZATIN  (S.B. #229650)
   clazatin@omm.com
2  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
3  XIN-YI ZHOU (S.B. #251969)
   vzhou@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  18th Floor
   Los Angeles, California 90071-2899
6  Telephone:    +1 213 430 6000
   Facsimile:    +1 213 430 6407
7
   Attorneys for Defendant
8  Bitmain Technologies, Ltd.

9  *Additional Counsel Listed on Signature Page*

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 | GOR GEVORKYAN, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-07004-JD |
|---|---|
| Plaintiff, | **JOINT STIPULATION (1) UNDER LOCAL RULE 6-1(a) EXTENDING DEFENDANT BITMAIN TECHNOLOGIES LTD.'S TIME TO RESPOND TO THE COMPLAINT; (2) UNDER LOCAL RULE 6-2 SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS COMPLAINT; AND (3) RESETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10, | |
| Defendants, | |
| | Complaint Filed: November 19, 2018<br>Trial Date: None Set |

1       Plaintiff Gor Gevorkian ("Plaintiff") and Defendant Bitmain Technologies, Ltd.
2 ("Defendant") (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:
3       **WHEREAS,** on November 19, 2018, Plaintiff filed his original Complaint against
4 Defendant and Bitmain, Inc. (ECF No. 1);
5       **WHEREAS,** on February 14, 2019, Plaintiff voluntarily dismissed Bitmain, Inc. from the
6 case without prejudice (ECF No. 23);
7       **WHEREAS,** this matter has been stayed pending service via the Hague Convention on
8 Defendant (ECF No. 26);
9       **WHEREAS,** on June 27, 2019, Plaintiff served Defendant with the Complaint pursuant to
10 the Hague Convention, and Defendant is not challenging process or service of process;
11       **WHEREAS,** Defendant's current deadline to respond to the Complaint is July 18, 2019;
12       **WHEREAS,** to conserve the resources of the Court and the Parties and to promote the
13 efficient and orderly administration of justice, the Parties have conferred regarding Defendant's
14 response to the pending Complaint, Plaintiff's anticipated filing of a First Amended Complaint, a
15 briefing schedule regarding a possible motion to dismiss the First Amended Complaint, and
16 rescheduling the Case Management Conference in this matter pending a ruling on the motion to
17 dismiss.
18       **NOW, THEREFORE,** pursuant to Civil Local Rules 6-1(a), 6-1(b), 6-2, and 7-12, the
19 undersigned Parties hereby stipulate and agree, subject to Court approval, that:
20     1.     Plaintiff shall file a First Amended Complaint by August 30, 2019;
21     2.     Defendant shall have until October 1, 2019, to answer or otherwise respond to
22 Plaintiff's First Amended Complaint;
23     3.     In the event that Defendant files a motion to dismiss or other motion in response to
24 the First Amended Complaint, Plaintiff shall have until October 23, 2019, to file any opposition
25 to the motion;
26     4.     Defendant shall have until November 7, 2019, to file any reply in support of the
27 motion;
28     5.     The motion shall be heard on November 21, 2019, at 11:00 a.m. or on the Court's

1  first available hearing date thereafter; and

2        6.    The date for the Case Management Conference shall be set at the hearing on the motion to dismiss or shall otherwise be set by the Court after a determination regarding any challenge to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: July 12, 2019                */s/ Jordan L. Lurie*

Jordan L. Lurie
POMERANTZ LLP
1100 Glendon Avenue
15th Floor
Los Angeles, CA 90024
Telephone: 310-405-7190
Facsimile: 917-463-1044
Email: jllurie@pomlaw.com

Robert Starr
Karo Karapetyan
Manny Starr
FRONTIER LAW CENTER
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail: robert@frontierlawcenter.com
E-Mail: karo@frontierlawcenter.com
E-Mail: manny@frontierlawcenter.com

Christopher Marlborough
THE MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
E-Mail: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: July 12, 2019 | /s/ Carlos M. Lazatin |

Carlos M. Lazatin
William K. Pao
Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: clazatin@omm.com
Email: wpao@omm.com
Email: vzhou@omm.com

*Counsel for Defendant Bitmain Technologies, Ltd.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from all signatories above.

Dated:  July 12, 2019                                          Respectfully submitted,

                                                    O'MELVENY & MYERS LLP

                                                   By:     /s/ *Carlos M. Lazatin*

                                                   Attorneys for Defendant
                                                 Bitmain Technologies, Ltd.

### [PROPOSED] ORDER

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing:

1. The Joint Stipulation is approved;

2. Plaintiff shall file a First Amended Complaint by August 30, 2019;

3. Defendant shall have until October 1, 2019, to answer or otherwise respond to Plaintiff's First Amended Complaint;

4. In the event that Defendant files a motion to dismiss or other motion in response to the First Amended Complaint, Plaintiff shall have until October 23, 2019, to file any opposition to the motion;

5. Defendant shall have until November 7, 2019, to file any reply in support of the motion;

6. The motion shall be heard on November 21, 2019, at 11:00 a.m. or on the Court's first available hearing date thereafter; and

7. The date for the Case Management Conference shall be set at the hearing on the motion to dismiss or shall otherwise be set by the Court after a determination regarding any challenge to the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE