CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:   +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>　　　　　　Defendants, | Case No. 3:18-cv-07004-JD<br><br>**JOINT STIPULATION (1) UNDER LOCAL RULE 6-1(a) EXTENDING DEFENDANT BITMAIN TECHNOLOGIES LTD.'S TIME TO RESPOND TO THE COMPLAINT; (2) UNDER LOCAL RULE 6-2 SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS COMPLAINT; AND (3) RESETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff Gor Gevorkian ("Plaintiff") and Defendant Bitmain Technologies, Ltd. ("Defendant") (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS,** on November 19, 2018, Plaintiff filed his original Complaint against Defendant and Bitmain, Inc. (ECF No. 1);

**WHEREAS,** on February 14, 2019, Plaintiff voluntarily dismissed Bitmain, Inc. from the case without prejudice (ECF No. 23);

**WHEREAS,** this matter has been stayed pending service via the Hague Convention on Defendant (ECF No. 26);

**WHEREAS,** on June 27, 2019, Plaintiff served Defendant with the Complaint pursuant to the Hague Convention, and Defendant is not challenging process or service of process;

**WHEREAS,** Defendant's current deadline to respond to the Complaint is July 18, 2019;

**WHEREAS,** to conserve the resources of the Court and the Parties and to promote the efficient and orderly administration of justice, the Parties have conferred regarding Defendant's response to the pending Complaint, Plaintiff's anticipated filing of a First Amended Complaint, a briefing schedule regarding a possible motion to dismiss the First Amended Complaint, and rescheduling the Case Management Conference in this matter pending a ruling on the motion to dismiss.

**NOW, THEREFORE,** pursuant to Civil Local Rules 6-1(a), 6-1(b), 6-2, and 7-12, the undersigned Parties hereby stipulate and agree, subject to Court approval, that:

1. Plaintiff shall file a First Amended Complaint by August 30, 2019;

2. Defendant shall have until October 1, 2019, to answer or otherwise respond to Plaintiff's First Amended Complaint;

3. In the event that Defendant files a motion to dismiss or other motion in response to the First Amended Complaint, Plaintiff shall have until October 23, 2019, to file any opposition to the motion;

4. Defendant shall have until November 7, 2019, to file any reply in support of the motion;

5. The motion shall be heard on November 21, 2019, at 11:00 a.m. or on the Court's

1 | first available hearing date thereafter; and

2 | 6. The date for the Case Management Conference shall be set at the hearing on the
3 | motion to dismiss or shall otherwise be set by the Court after a determination regarding any
4 | challenge to the First Amended Complaint.

5 | **IT IS SO STIPULATED.**

6 |

7 | Dated: July 12, 2019               */s/ Jordan L. Lurie*

8 |                                                      Jordan L. Lurie
                                                         POMERANTZ LLP
9 |                                                      1100 Glendon Avenue
                                                         15th Floor
10 |                                                     Los Angeles, CA 90024
                                                         Telephone: 310-405-7190
11 |                                                     Facsimile: 917-463-1044
                                                         Email: jllurie@pomlaw.com

12 |                                                     Robert Starr
                                                         Karo Karapetyan
13 |                                                     Manny Starr
                                                         FRONTIER LAW CENTER
14 |                                                     23901 Calabasas Rd, Suite 2074
                                                         Calabasas, CA 91302
15 |                                                     Telephone: (818) 914-3433
                                                         Facsimile: (818) 914-3433
16 |                                                     E-Mail: robert@frontierlawcenter.com
                                                         E-Mail: karo@frontierlawcenter.com
17 |                                                     E-Mail: manny@frontierlawcenter.com

18 |                                                     Christopher Marlborough
                                                         THE MARLBOROUGH LAW FIRM, P.C.
19 |                                                     445 Broad Hollow Road, Suite 400
                                                         Melville, NY 11747
20 |                                                     Telephone: (212) 991-8960
                                                         Facsimile: (212) 991-8952
21 |                                                     E-Mail: chris@marlboroughlawfirm.com

22 |                                                     *Counsel for Plaintiff*

23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

| | |
|---|---|
| Dated: July 12, 2019 | */s/ Carlos M. Lazatin* |

Carlos M. Lazatin
William K. Pao
Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: clazatin@omm.com
Email: wpao@omm.com
Email: vzhou@omm.com

*Counsel for Defendant Bitmain Technologies, Ltd.*

## ORDER

1. Plaintiff will file a First Amended Complaint by August 30, 2019.

2. Defendant will have until October 1, 2019, to answer or otherwise respond to Plaintiff's First Amended Complaint.

3. If Defendant files a motion to dismiss or other motion in response to the complaint, Plaintiff will have until October 23, 2019, to file any opposition.

4. Defendant will have until November 7, 2019, to file any reply.

5. The motion(s) will be heard on December 19, 2019, at 10:00 a.m.

6. A case management conference is also set for December 19, 2019, at 10:00 a.m.

7. A joint case management statement is due by December 12, 2019.

**IT IS SO ORDERED.**

DATED: July 17, 2019

_____
JAMES DONATO
United States District Judge