# EXHIBIT A

# BITMAIN

**Bitmain Terms Of Service**

**Welcome to Bitmain!**

Welcome to use our products and services ("Services"). The Services are provided by

Bitmain Technologies Limited.

By using our Services, you are agreeing to be bound by the following terms ("Terms of Service"). Please read them carefully. If you view and login the Services, or you use the Services via any third-party platform, it is deemed that you have read and agreed to the Terms of Service.

**The Protection of Personal Information**

1. You may need a Bitmain Account in order to use our Services. You may create your own Bitmain Account.

To protect your Bitmain Account, keep your password confidential. You are entirely responsible for any and all activities that occurs under your Bitmain Account. Do not reuse your Bitmain Account password on any third-party applications.

2. When you create a Bitmain Account, Bitmain will ask for personal information, which is not limited to your name, email address, telephone number, shipping address, credit card etc.

3. Bitmain allows you to share the information from your Bitmain account with third-party websites without revealing your username and password.

However, Bitmain will never share your information with a third-party without notifying you first and asking for your permission.

## Using our Services

You must follow any policies made available to you within the Services.

1. You must not interfere or attempt to interfere with the Services or access the website and the Services using a method other than the interface and the instructions that we provide. Otherwise, you agree to bear any direct or indirect losses or damages as a result of your violation of the Terms of Service.

2. When using our Services, by logging in or using any websites, applications and services of a third-party, you agree to follow and adhere to the contracts by and between you and the third party.

3. Bitmain doesn't review or endorse any third-party websites that request access to your Bitmain Account, and takes no responsibility for those sites. If you don't trust the website that is requesting your information, you should not approve the request.

4. Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or otherwise being permitted by law. The Terms of Service do not grant you the right to use any branding or logos used in our Services. You must not remove, obscure, or alter any legal notices displayed in or along with our Services.

## Your Content in our Services

1. Some of our Services allow you to upload, submit, store, send or receive

content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

## About Software in our Services

1. When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may require you to adjust your automatic update settings.

2. Bitmain gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Bitmain as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Bitmain, in the manner permitted by the Terms of Service. You may not copy, modify, distribute, sell, or lease any part of our Services or the software included, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit this restriction or you have our written permission.

3. Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of the Terms of Service.

## Modifying and Terminating our Services

1. You can stop using our Services at any time, although we'll be sorry to see you go. Bitmain may also stop providing Services to you, or add or create new limits to our Services at any time.

2. We believe that you own your data and preserving your access to such

data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Liability for our Services

1. Except where permitted by law, Bitmain, and Bitmain's suppliers and distributors, will not be responsible for your loss of profits and revenues, or data, financial losses or any indirect, special, consequential, exemplary, incidental or punitive damages.

2. To the extent permitted by law, the total liability of Bitmain, and its suppliers and distributors, for any claims under the Terms of Service including for any implied warranties, is limited to the amount you paid to us to use the Services. Also, Bitmain, and its suppliers and distributors could choose to provide Services for a second time for such claims instead of refunding..

3. In all cases, Bitmain, and its suppliers and distributors, will not be liable for any loss or damage that is not reasonably foreseeable.

4. We recognize that in some countries, you might have legal rights as a consumer. If you are using the Services for a personal purpose, then nothing in the Terms of Service or additional terms limits any consumer's legal rights that may not be waived by contract.

## About these Terms

We may change, modify, add or remove portions of the Terms of Service or any additional terms applicable to a certain Service, for example, to reflect changes to the law or changes to our Services. You should check the terms regularly. If you do not agree to the modified terms for a Service, you should

discontinue your use of that Service.

If there is a conflict between the Terms of Service and the additional terms, the additional terms will control with respect to your use of that specific service.

The Terms of Service control the relationship between Bitmain and you. They do not create any third-party beneficiary rights.

The laws of Hong Kong will apply to any disputes arising out of or relating to the Terms of Service or the Services. All claims arising out of or relating to the Terms of Service or the Services will be submitted exclusively in the Hong Kong International Arbitration Center, and you and Bitmain consent to personal jurisdiction in those tribunals