1  CARLOS M. LAZATIN (S.B. #229650)
   clazatin@omm.com
2  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
3  XIN-YI ZHOU (S.B. #251969)
   vzhou@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  18th Floor
   Los Angeles, California 90071-2899
6  Telephone:    +1 213 430 6000
   Facsimile:    +1 213 430 6407
7
   Attorneys for Defendant
8  Bitmain Technologies, Ltd.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  GOR GEVORKYAN, on behalf of himself and        Case No. 3:18-cv-07004-JD
    all others similarly situated,
15                                                  **[PROPOSED] ORDER GRANTING
                 Plaintiff,                         DEFENDANT BITMAIN
16                                                  TECHNOLOGIES, LTD.'S NOTICE OF
         v.                                         MOTION AND MOTION TO DISMISS
17                                                  FOR LACK OF PERSONAL
    BITMAIN, INC., BITMAIN                          JURISDICTION AND TO STRIKE
18  TECHNOLOGIES, LTD., and DOES 1 to 10,           CLASS ALLEGATIONS**

19               Defendants.                        Hearing Date:    December 19, 2019
                                                    Time:            10:00 a.m.
20                                                  Judge:           Hon. James Donato

21

22

23

24

25

26

27

28
                                                    [PROPOSED] ORDER GRANTING
                                                    DEFENDANT'S MOTION TO
                                                    DISMISS & TO STRIKE AM. COMPL.
                                                    CASE NO. 3:18-CV-07004-JD

1

**[PROPOSED] ORDER**

2        Before the Court is Defendant Bitmain Technologies, Ltd.'s Notice of Motion and Motion

3  to Dismiss for Lack of Personal Jurisdiction and to Strike Class Allegations.  Having reviewed

4  the Motion, together with all papers filed in support of and in opposition thereto, and being fully

5  advised and finding good cause to grant them, the Court hereby **GRANTS** the Motion and

6  **DISMISSES** the First Amended Complaint **with prejudice**.

7      **IT IS ORDERED THAT**:

8      1.  Defendant's Motion is **GRANTED**, and the First Amended Complaint is

9         **DISMISSED WITH PREJUDICE**

10

11      **IT IS SO ORDERED.**

12

13  Dated: _____, 2019

14

15

16                    _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS & TO STRIKE AM. COMPL.
CASE NO. 3:18-CV-07004-JD