**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Adam M. Rose (210880)
adam@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

**O'MELVENY & MYERS, LLP**
Carlos M. Lazatin
clazatin@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-7576

Attorneys for Defendant Bitmain Technologies, Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Gor Gevorkyan on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,

Defendants.

Case Number: 3:18-cv-07004-JD

**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Judge: Hon. James Donato

Pursuant to Local Rule 7-2, Plaintiff Gor Gevorkyan ("Plaintiff") and Defendant Bitmain Technologies, Ltd. ("Defendant" or "Bitmain") (collectively referred to herein as "the Parties"), by and through their respective counsel of record, hereby stipulate as follows, subject to Court approval:

**WHEREAS**, Bitmain's Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and to Strike Class Allegations ("Motion") was filed on October 1, 2019 [ECF No. 33];

**WHEREAS**, pursuant to Order of this Court, Plaintiff's Opposition to the Motion is due on October 23, 2019, and Defendant's Reply in support of the Motion is due on November 7, 2019 [ECF No. 31];

**WHEREAS**, pursuant to Paragraph 18 of this Court's "Standing Order for Civil Cases Before Judge James Donato," Plaintiff's Opposition to the Motion may not exceed 15 pages, and Defendant's Reply in support of the Motion may not exceed 10 pages;

**WHEREAS**, on October 22, 2019, counsel for Plaintiff contacted counsel for Defendant to ask if Defendant would agree to stipulate to allow Plaintiff to have an additional 5 pages to brief his Opposition to the Motion, for a total length of not more than 20 pages, and counsel for Plaintiff additionally informed counsel for Defendant that Plaintiff would agree to a similar increased page limit for Defendant's Reply in support of its Motion;

**WHEREAS,** although Defendant was and is prepared to proceed under the existing page limits set in the Court's Standing Order for Civil Cases, Defendant is willing to accommodate and agree to Plaintiff's request so long as the page limit for Defendant's Reply is also extended;

**THEREFORE, SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AS FOLLOWS:**

1. Plaintiff's Opposition to the Motion shall not exceed 20 pages; and,
2. Defendant's Reply in support of the Motion shall not exceed 14 pages.

**IT IS SO STIPULATED.**

DATED: October 23, 2019

**FRONTIER LAW CENTER**

By: /s/ Karo G. Karapetyan
Karo G. Karapetyan
Attorney for Plaintiff
Gor Gevorkyan

DATED: October 23, 2019

**O'MELVENY & MYERS, LLP**

By: /s/ Carlos M. Lazatin
Carlos M. Lazatin
Attorney for Defendant
Bitmain Technologies, Ltd.

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1, I, Karo G. Karapetyan, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: October 23, 2019

FRONTIER LAW CENTER

By: /s/ Karo G. Karapetyan
Karo G. Karapetyan

**[PROPOSED] ORDER**

Having reviewed the Parties' Stipulation and Proposed Order Re Extending Page Limits for Briefing on Defendant's Motion to Dismiss the First Amended Complaint, and good cause appearing, it is hereby ordered that:

1. Plaintiff Opposition to the Motion shall not exceed 20 pages; and,
2. Defendant's Reply in support of the Motion shall not exceed 14 pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ________________________________

The Hon. James Donato
UNITED STATES DISTRICT JUDGE