1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Adam M. Rose (210880)
adam@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

Attorneys for Plaintiff Gor Gevorkyan

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gor Gevorkyan on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,<br><br>Defendants. | Case Number: 3:18-cv-07004-JD<br><br>**DECLARATION OF CHRISTOPHER MARLBOROUGH IN SUPPORT OF MEMORANDUM IN OPPOSITION TO BITMAIN TECHNOLOGIES, LTD.'S MOTION TO DISMISS**<br><br>Date:      December 19, 2019<br>Time:     10:00 a.m.<br>Judge:    Hon. Judge James Donato |

DECLARATION OF CHRISTOPHER MARLBOROUGH IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO BITMAIN TECHNOLOGIES, LTD.'S MOTION TO DISMISS

1

### DECLARATION OF CHRISTOPHER MARLBOROUGH

2   I, CHRISTOPHER MARLBOROUGH, declare as follows:

3         1.    I am a citizen of New York, New York at all times relevant. I am acting counsel

4   for the named Plaintiff, Gor Gevorkyan ("Plaintiff"). I make this declaration in support of

5   Plaintiff's Memorandum in Opposition to Bitmain Technologies, Ltd.'s ("Bitmain") Motion to

6   Dismiss.  If called as a witness, I could and would testify competently to the following facts, all

7   of which are within my own personal knowledge.

8         2.    Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of

9   Bitmain's "Contact Us" Webpage which can be found at https://www.bitmain.com/contact.

10         3.    Attached hereto as **Exhibit 2** is a true and correct copy of a job posting from

11   Bitmain Technology Limited for a Sales Specialists in San Jose found on Bitmain Sales'

12   LinkedIn page.

13         4.    Attached hereto as **Exhibit 3** is a true and correct copy of the relevant pages of

14   Bitmain Technologies Holding Company's Application to the Hong Kong Stock Exchange.

15         5.    Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of various

16   Bitmain Support Pages which can be found at https://service.bitmain.com/support/contact.

17         6.    Attached hereto as **Exhibit 5** is a true and correct copy of Bitmain's

18   "Transparency Policy" for Shipping and Mining Practices which can be found at

19   https://blog.bitmain.com/en/transparency-policy-shipping-mining-practices/.

20         7.    Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot of

21   Bitmain's YouTube Channel "About" page, Bitmain's YouTube Channel "Videos" page, and

22   screenshots from Bitmain's YouTube video entitled "A Look Inside Bitmain."

23         8.    Attached hereto as **Exhibit 7** is a true and correct copy of Leo Peng's LinkedIn

24   profile.

25         9.    Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of Bitmain

26   Support's YouTube Channel "Videos" page and various screenshots from Bitmain Support's

27   YouTube video entitled "Antminer Repair Guide| Returning your Antminer to BITMAIN for

28   Repair."

DECLARATION OF CHRISTOPHER MARLBOROUGH IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO BITMAIN TECHNOLOGIES, LTD.'S MOTION TO DISMISS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10.     Attached hereto as **Exhibit 9** is a true and correct copy of relevant portions of Bitmain's "Repair Guide" which can be found at https://service.bitmain.com/support/guide.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the event "Agenda" from Bitmain's California Crypto Mining Forum which can be found at https://cdn.evbuc.com/eventlogos/304594630/cmfagenda.jpeg.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of several Twitter Posts by Bitmain's official Antminer Twitter account relating to Bitmain's California Crypto Mining Forum held in Santa Clara, CA.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of Google Maps directions from Bitmain San Jose NCSA Sales Office located at 300 Park Ave #300, San Jose, CA 95110 to Shenzhen Bay Innovation Center and Google Maps directions from Bitmain San Jose NCSA Sales Office to the Phillip Burton Federal Building.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Bitmain's blog post titled "Bitmain's 4th Crypto Mining Forum in California promotes enhanced resource management and pre-announces upcoming new miner."

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the complaint filed in *Bitmain Technologies, Ltd. v. John Doe*, E.D. Wash., Case No. 2:18-cv-01626-TSQ.

I declare under penalty of perjury under the laws of the United States and the States of California and New York, that the foregoing is true and correct and that this Declaration was executed on this 23rd day of October 2019, in New York, NY.

**CHRISTOPHER MARLBOROUGH**

---

DECLARATION OF CHRISTOPHER MARLBOROUGH IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO BITMAIN TECHNOLOGIES, LTD.'S MOTION TO DISMISS