



BITMAIN | Antminer BitDeer Blog Support Cart Sign in / Sign up | EN

# Welcome to Bitmain Support

Search Support

**Need To Order**
How To Order,
Order Status,
Order Policy, SN Tag Search

**Shipping Guide**
Shipping Cost Calculator,
Package Tracking,
Product Certificates

**Technical Support**
Product Support,
Product Installation Guide & Firmware,
After-sales Service Application

**Warranty & Repair**
Service Terms and Conditions,
Warranty Check, Repair Guide,
Create a Repair Ticket,
Repair Site, Buying Parts,
Buying Materials

**Contact Us**
Submit a Support Ticket,
Online Chat, Facebook,
Twitter, Reddit, Hotline

## We Welcome Your Feedback!

Thank you for giving us the opportunity to serve you better. Please help us by taking a few minutes to tell us about the service that you have received so far. We appreciate your business and want to make sure we meet your expectations.

No Thanks Give Feedback

powered by SurveyMonkey

BITMAIN

Artificial Intelligence
Antpool
BTC.COM
Blog

Company
About Us
Contact Us
Conditions o
Privacy Polic

Follow Us
HOTLINE +65-3138-9024
SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.

Support / Need To Order

# Need To Order



| How to Order | Order Status | Order Policy | SN Tag |
|---|---|---|---|
| Step by step guide to place your order | Check your order status (pending, unpaid, paid, shipped, expired) | Terms & Conditions | Search your miner's SN Tag using Order ID |

| Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|
| About Us | How to buy | 1 BTC = 8220.00 USD | |
| Contact Us | Need to Order | 1 LTC = 54.80 USD | HOTLINE  +65-3138-9024 |
| Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD | SUPPORT.BITMAIN.COM |
| Privacy Policy | Technical Support | 1 USD = 7.0769 CNY | |
| | Warranty & Repair | | |

Artificial Intelligence
Antpool
BTC.COM
Blog

Copyright ©2019 Bitmain.com. All Rights Reserved.



Support / Shipping Guide

# Shipping Guide



| Shipping Cost Calculator | Package Tracking | Product Certificate |
|---|---|---|
| Tool to calculate your estimated shipping cost | Tool to trace parcel location and status | Certificates and test reports for custom clearance |

| Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|
| About Us | How to buy | 1 BTC = 8220.00 USD | |
| Contact Us | Need to Order | 1 LTC = 54.80 USD | HOTLINE  +65-3138-9024 |
| Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD | SUPPORT.BITMAIN.COM |
| Privacy Policy | Technical Support | 1 USD = 7.0769 CNY | |
|  | Warranty & Repair |  |  |

Artificial Intelligence
Antpool
BTC.COM
Blog

Copyright ©2019 Bitmain.com. All Rights Reserved.



BITMAIN | Antminer | BitDeer | Blog | Support | Cart | Sign in / Sign up | EN

Support / Technical Support

# Technical Support

| Product Support | Product Installation Guide & Firmware | After-sales Service Application |
| --- | --- | --- |
| Knowledge Articles and Frequently Asked Questions on Products | Set-up instructions for products and firmware updates | Maintenance Training |

BITMAIN

Artificial Intelligence
Antpool
BTC.COM
Blog

Company
About Us
Contact Us
Conditions of Use
Privacy Policy

Support
How to buy
Need to Order
Shipping Guide
Technical Support
Warranty & Repair

Exchange Rate
1 BTC = 8220.00 USD
1 LTC = 54.80 USD
1 BCH = 230.92 USD
1 USD = 7.0769 CNY

Follow Us
HOTLINE +65-3138-9024
SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.









BITMAIN | Antminer | BitDeer | Blog | Support | Cart | Sign in / Sign up | EN

Support / Warranty & Repair

# Warranty & Repair

**Service Terms and Conditions**
Antminer Support Policy

**Warranty Check**
Check your miner warranty status

**Repair Guide**
Know how to get your faulty items ready for repair

**Create a Repair Ticket**
Submit a request to repair your faulty items

**Repair Site**
Repair Warehouse addresses

**Buying Parts**
Product Parts (Control Boards, Fans, Cables)

**Buying Materials**
Material Purchases

BITMAIN

Artificial Intelligence
Antpool
BTC.COM
Blog

Company
About Us
Contact Us
Conditions of Use
Privacy Policy

Support
How to buy
Need to Order
Shipping Guide
Technical Support
Warranty & Repair

Exchange Rate
1 BTC = 8220.00 USD
1 LTC = 54.80 USD
1 BCH = 230.92 USD
1 USD = 7.0769 CNY

Follow Us
HOTLINE +65-3138-9024
SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.

BITMAIN | Antminer | BitDeer | Blog | Support | Cart | Sign in / Sign up | EN

Support / Contact Us

# Contact Us

### Submit a Support Ticket
Get our Support Team to assist you

### Facebook
Connect with us!

### Twitter
Connect with us!

### Reddit
Connect with us!

### Hotline
Call us for assistance
+65-3138-9024

BITMAIN

| Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|
| Artificial Intelligence | About Us | How to buy | 1 BTC = 8220.00 USD |
| Antpool | Contact Us | Need to Order | 1 LTC = 54.80 USD |
| BTC.COM | Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD |
| Blog | Privacy Policy | Technical Support | 1 USD = 7.0769 CNY |
| | | Warranty & Repair | |

Follow Us
HOTLINE +65-3138-9024
SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.

