



# YouTube

Search

SIGN IN

## A Look Inside Bitmain
1,463 views • May 6, 2019

👍 29    👎 3    SHARE    SAVE    ...

**Bitmain**
672 subscribers

SUBSCRIBE

Here's a sneak peek into what goes on in Bitmain and our office in San Jose, California! A company that offers you innovative brands such as Antminer and AntBox, taking cryptocurrency mining to greater heights!

SHOW MORE

### 3 Comments    SORT BY

Add a public comment...

**qassim m** 5 months ago
nice..hope i can find way for buy it
👍   👎   REPLY

**Олесь Слободенюк** 5 months ago
Есть тут кто?
👍 1   👎   REPLY
▼ View reply

### Up next                                    AUTOPLAY 🔵

**Inside a Bitcoin mine that earns $70K a day**
Digital Trends ✓
478K views
5:09

**What Truly Separates The Rich From The Poor**
Practical Wisdom - Interesting... ✓
150K views
10:16

**Programming in Visual Basic .Net How to Connect Access...**
iBasskung
29M views
19:11

**¿Qué es minar bitcoin? - Minería de bitcoin .- Conceptos basicos.**
David Carrillo
1.1M views
13:19

**How to Pay Off your Mortgage in 5 Years**
The Kwak Brothers
3.1M views
25:38

**Diamond Mining 1/4 - The Promised Land**
Paul Glynn
2.9M views
3:15

**How I learned to read -- and trade stocks -- in prison | Curti...**
TED
3.1M views
11:04

**You are being LIED TO about BITCOIN   DON'T BE FOOLED...**
FUD TV
132K views
13:24

**Noob's Guide To Bitcoin Mining - Super Easy & Simple**
UFD Tech ✓
2.2M views
11:37

**How to create a 3D Terrain with Google Maps and height maps...**
Orange Box Ceo
8.8M views
20:32

**Mining Farm Modification**
Bitmain
2.3K views
2:15

**Circle Feels SEC Heat, XRP Can't Die, and Who's Standing...**
Cracking Crypto
103 watching
LIVE NOW

**How To Choose a GPU for Mining**
BuriedONE
150K views
4:15

**Visual Basic .Net : Search in Access Database -...**
iBasskung
10M views
24:59

**How to Get Credit Cards Without Your Social Security...**
Wholesale Tradelines
354K views
14:23

**"You Will Never Be Poor Again" | START DOING THIS TODAY!!!**
Video Advice ✓
5.5M views
10:17

**AntBox Movable Mining Farm**
Bitmain
1.2K views
3:05

**The 2020 Recession: How To Prepare For The Next Market...**
Marko - WhiteBoard Finance ✓
677K views
13:00





4



