

**Peng(Leo) L.** · 3rd
Bitmain | Up!
San Jose, California · 500+ connections · Contact info

Bitmain

Message   More...

### Highlights

Reach out to Peng(Leo) for...
Mentoring, Joining a nonprofit board, Contracting and freelancing.

Message Peng(Leo)

### About

Bitcoiner

Please now reach him here: https://earn.com/pengli/

BTC address: 3EDUWSbs8Jxfq8bXCFHrveh6epwbqCNztp

### Activity
3,623 followers

#Bitmain completes construction of 50MW mining facility in #Rockdale...
Peng(Leo) shared this
3 Reactions · 1 Comment

Bitmain to launch new model in Antminer series at World Digital...
Peng(Leo) shared this
2 Reactions

Share this post you shall get a discount code:) Looking forward to seeing you!
Peng(Leo) replied to a comment

#discount or #freeticket possibly (lucky-star) to those who share this...
Peng(Leo) commented

See all

### Experience

**International Sales Manager**
Bitmain
Jun 2017 – Present · 2 yrs 5 mos
Beijing City, China

Antminer/Antbox（container） North America Sales & Marketing;
Consulting for Crypto Mining & Investment business;
Solution Services for IDC & Mining farms construction

**Client Relations Associate**
China Life Insurance Co.Ltd
Jun 2014 – Present · 5 yrs 5 mos
Nantong, Jiangsu, China

Managing health consultation