



2

Bitmain Support YouTube.com Channel
Antminer Repair Guide | Returning Your Antminer to BITMAIN for Repair
Video Screenshots

**Screen Shot 1 Time Stamp 0:55**
Caption: "go to the Bitmain official Website and create a repair ticket"



**Screen Shot 2 Time Stamp 1:13**



**Screen Shot 3 Time Stamp 1:19**
Caption: "Bitmain has repair sites across the globe for you to choose from"



**Screen Shot 4 Time Stamp 1:21**
Caption: "Check our repair guide to learn more information"

**Screen Shot 5 Time Stamp 1:31**
Caption: "After we receive your package"



**Screen Shot 6 Time Stamp 1:34**
Caption: "your repair ticket status in the user center"

**Screen Shot 7 Time Stamp 1:36**
Caption: "will be updated to "collected""



**Screen Shot 8 Time Stamp 1:54**
Caption: "Choose Antminer"



**Screen Shot 9 Time Stamp 1:54**
Caption: "choose the reliable aftersales service"

