**BITMAIN** | Antminer ▼   BitDeer   Blog   Support   🛒 Cart   Sign in / Sign up   EN ▼

Support / Warranty & Repair / Repair Guide

▍Welcome to Bitmain Repair Guide

**Repair Process Flow**

⚠️ Important Note

**Repair Process Guide**

· Identifying Defective Part or Miner

· Return Whole Miner or Parts

· Creating Repair Ticket

· Preparing Shipment

· Repair Center Addresses

· Out of Warranty Repair

## Repair Process Flow



## Important Note

a. **Bitmain repair sites must receive the defective products within 15 days after the creation of such ticket.** Otherwise, if the products been received after the warranty period, then the warranty period of such product cannot be honored. All costs resulted must be borne by you.

b. We will repair, or based on our sole discretion, replace a defective product with an identical or similar (e.g. newer) version of the product, unless the defective product is a result of warranty limitations.

c. A 180-day warranty is provided to our Antminer and a 365-day warranty is provided to our PSU commencing on the date of item dispatch. To avail of the warranty, you must create a repair ticket before 180 or 365 days of warranty expiration, for the miner and PSU respectively.

d. Bitmain will complete the maintenance and/or repair of the defective product in the process of dismantling and diagnosing the product; you agree to the terms of this Out of warranty repair, which means that you understand that we cannot suspend repair process, and you will agree to the repair fee stated in the quotation. Bitmain will not return the defective product to you if you decided not pay the repair fee.

e. Bitmain strives to serve the customers truthfully and dutifully, and quote the repair fee as reasonably and accurately as possible. You shall pay the repair fee within 62 days upon receiving quotation of the repair fee, and Bitmain will ship the repaired or replaced product after receiving the full required fee.

f. The costs of returning of the product, part, or component to our repair site shall be borne by you. If the product, part, or component is returned uninsured, you assume all risks of loss or damage during shipment. We shall not be responsible for any loss due to delivery service of the carriers. Leading international carriers are highly recommended. Using sea freight to deliver defective product is not allowed as the Antminers are susceptible to moisture damage.

g. Bitmain does not compensate the downtime during the repair process, or downtime resulting from Customs or shipping delays.

## Identifying Defective Part or Miner Buy a spare part?

a. If you are able to troubleshoot and certain which part/unit is faulty, please create a repair ticket and ship the part/unit to us. Online troubleshooting?

b. If you are not certain how to identify the faulty part/unit, please contact us for more assistance. Online consultation?

c. If the hash board, PSU or other part is burnt, oxidized, broken or the PIN on it has fallen off, it will be scrapped and cannot be fixed. Please kindly be aware that you need to pay the repair fee which is approximately the same as the corresponding current retail price. Scrap or not?

d. If the customer removes/replaces any components especially hash boards without first receiving permission from Bitmain, for technical reasons the miner/hash board may beyond repair. Customers will need to bear the additional costs and delays in repair.

e. Please only ship whole Antminers, hash boards, control boards and PSU to our repair centers. kindly be aware that you need to pay the repair fee which is approximately the same as the current retail price of the control board and the fan regardless of your miner's warranty status.

## Return Whole Miner or Parts

For Antminers which need to be sent back the whole machine to us for repair, failure to do so will result in additional costs and severe delay in repair and all costs associated will be borne by customers.

| Ship the whole machine for repair | Ship ONLY the defective part OR the whole machine |
|---|---|
| S9 series | A3 |
| S11 | B3 |
| S15 | B7 |
| S17 series | D3 |
| T9 series | D5 |
| T15 | DR3 |
| T17 series | DR5 |
| Z11 series | L3 series |
| R4 | E3 |
|  | S7 |
|  | V9 |
|  | X3 |
|  | Z9 series |

## Creating Repair Ticket

Remember to update the correct Tracking Number to your Repair Ticket. Update the actual tracking number in your repair ticket within 7 days of repair ticket creation.

Enter the full correct address and contact person information in your Repair Ticket. Address and contact person information related changes will not be allowed once the Repair Ticket is showing "collected status".

a. Log into your Bitmain account. Go to Support page ➡ Click "Create repair ticket". Create a repair ticket now? How to create a repair ticket?

b. It's extremely important to select "Apply for Repair" when creating a repair ticket for miners and hashboards return to us for inspection & repair.

c. Read the After-sales service terms, click "Accept the Above Terms of Service and Statement" box and click "Next".

d. Complete the requested information and click "Next". **Please make sure number of items / item types returned matches the Repair Ticket.**

e. Complete the Tracking Number, Delivery Logistics, Item to be returned and Shipping address information. 1 Tracking Number for 1 Repair Ticket only. If you have multiple tracking numbers, please create corresponding repair tickets.**Please enter the actual shipping tracking number. If you do not have the right tracking number, please try to input the date of today like 2019081500 (Year / Month / Day / Hour). Kindly update the actual tracking number to the ticket once available.** *This is important as our Repair Center will match the tracking number in the repair ticket online with the tracking number on the package waybill. Ensure the items listed in the repair ticket are the same as the items in the package shipped to us.

f. Submit

## Preparing Shipment

Ensure all the Hashboards inside the miner are from the original complete unit. Customers will need to bear the additional costs and delays in repair resulted from mixing hashboards from different miners.

To avoid damages during the shipping process, please pack the Antminers separately. Pack with great care. You may use the original packing box if available. Improper packing may result in additional costs and significant delay in repair. You will need to bear all costs associated with improper packing.

a. Pack the parts carefully. Shipment damage will void the warranty. If PINs are damaged on the hash board, we cannot repair or replace the board and you will need to make a claim with your shipper. Here is a video demonstrating how to pack the hash board: How to pack?

b. Be sure mark "deliveries are made on working days only" and "Antminer" on the items description of the waybill. We are not liable for any delay due to this information not being included on the package.

c. We will not accept "Freight Collect", the packages will be sent back to the sender if you use it. Per the terms of our warranty coverage you need to pay for the shipment to us. We will pay for the return shipment once the repair is complete, subject to warranty coverage.

d. The costs incurred in connection with the returning of the product, part, or component to our service processing facility shall be carried by the product owner. We shall not be responsible for any loss due to delivery service of the carriers. Leading international carriers are highly recommended.

e. Bitmain does not provide compensation for down time during the repair process, or down time resulting from Customs or shipping delays.

f. Do NOT ship products of a company other than Bitmain. Packages containing products of other companies will be returned to the sender or discarded.

g. We are not able to send more than 60 miners to the same customer one day, please do not ship more than 60 miners together to avoid delay in shipment.

h. In some cases, it is possible that your tracking number can be changed during the shipping process especially when you use some local Logistics companies. We advise you to keep the SN number of the defective parts for further check in case the tracking number has changed.

## Repair Center Addresses

Our overseas repair sites are only available for customers residing out of mainland China. For domestic customers with products in mainland China, please contact Bitmain domestic customer support for further assistance.

| Repair Site | Detailed Information | |
|---|---|---|
| HongKong | Name: | Brian Wei |
| | Company Name: | Win-Link Electronics Technology CO. Limited |
| | Address: | FLAT/RM2, 10/F, Wah Wan Industrial Building, 2 Kin Fat Lane, Tuen Mun, NT, HONGKONG |
| | Tel: | +852-24437568 (The number is only available for logistics, not for service) |
| | Postal code: | 999077 (no postal code in HK) |
| | Working Hours: | Mon - Fri: 9:00 - 18:00 (local time) |
| | | ** The costs of returning defective products to our repair site, inclusive of any/all custom clearance fees, shall be borne by you. If the defective products are returned uninsured, you are assuming all risks associated during transport. Bitmain will not be liable of any losses or damages. Please check and choose DDP shipping term. |

| | | |
|---|---|---|
| USA-CA | Name:<br>Address:<br>Working Hours: | Sherry Xie<br>4241 Business Center Drive, Suite A, Fremont, CA 94538<br>Mon - Fri: 8:30 - 17:30 (local time)<br><br>** For international customers not residing in the U.S., please be aware of the ongoing U.S. trade policy change and prepare for unexpected delays or extra costs.<br><br>** The costs of returning defective products to our repair site, inclusive of any/all custom clearance fees, shall be borne by you. If the defective products are returned uninsured, you are assuming all risks associated during transport. Bitmain will not be liable of any losses or damages. Please check and choose DDP shipping term. |
| Russia-Grant | Name:<br>Address:<br><br>Tel:<br><br>Working Hours: | Xie (Сергей)<br>Irkutsk city, Building 3, 51 gada BLVD, Post code 664019<br>(664019, г.Иркутск ул.Баррикад д 51 кор 3)<br>+7-9149146898; +7-9149141963 (The number is only available for logistics, not for service)<br>Mon - Fri: 9:00 - 18:00 (local time, GMT +8:00)<br><br>** Note: Kindly ensure the package is delivered up to office site directly, so as to be signed and received by Xie. (Доставку необходимо производить до дверей нашего офиса, там посылка будет принята Сергей)<br><br>** The costs of returning defective products to our repair site, inclusive of any/all custom clearance fees, shall be borne by you. If the defective products are returned uninsured, you are assuming all risks associated during transport. Bitmain will not be liable of any losses or damages. Please check and choose DDP shipping term. |
| Europe-Netherlands | Name:<br>Company Name:<br>Address:<br>Tel:<br>Working Hours: | Gerry Cheng<br>OGS Europe B.V. (BEST YIELD)<br>Hooge zijde 7, 5626 DC, Eindhoven (City), North Brabant (State), Netherlands<br>+31 040-2028709 (The number is only available for logistics, not for service)<br>Mon - Fri: 9:00 AM - 17:00 PM (local time)<br><br>** The costs of returning the defective products to our repair site, including any customs clearance fees, shall be borne by you. If the defective products are returned uninsured, you assume all risks associated during the delivery. Bitmain will not liable for any resulting losses or damages. Please choose DDP shipping term and leading international couriers such as DHL. Using sea freight to deliver defective products is not allowed as they are susceptible to moisture damage.<br><br>** Subjected to stock availability, replacements may be shipped out from our Europe-Netherlands repair site or Shenzhen repair site. Any additional costs incurred, including local customs duties and taxes shall be borne by the customers. |
| Taiwan | Name:<br>Company Name:<br>Address:<br><br><br>Tel:<br><br>Working Hours: | Gavin Hsu（許銘盛）<br>BYTE INTERNATIONAL CO.,LTD.（百事益國際股份有限公司）<br>B2F., No.205, Sec. 3, Beixin Rd., Xindian Dist., New Taipei City 23143, Taiwan (R.O.C.)<br>（新北市新店區北新路三段205號B2F）<br>+886-2-8913-1808 ext. 415 (The number is only available for logistics, not for service)<br>Working Hours: Mon - Fri: 9:00~11:30 AM, 13:00~18:00 PM (local time)<br><br>** The costs of returning defective products to our repair site, inclusive of any/all custom clearance fees, shall be borne by you. If the defective products are returned uninsured, you are assuming all risks associated during transport. Bitmain will not be liable of any losses or damages. Please check and choose DDP shipping term. 如果您从除臺灣以外的其它國家或地區寄出包裹，請您自行負責清關。请您提前确认相关海关规定并确保您的包裹将被派送至我们的台湾维修点，否则您的包裹可能會被拒收或弃件，同時请您选择DDP运输条款。Bitmain不会對清关等物流原因造成的损失承擔責任。 |

## Out of Warranty Repair

If your machine is out of warranty you can send the parts or machine to Bitmain for paid repair, send the package to Bitmain for paid repair:

a. Refer to "Return Whole Miner or Parts" section first before returning for repair.

b. Create a repair ticket.

c. The bill will be sent to you once the machine is repaired. Be sure to pack parts well before shipping out.

d. Be sure to pack parts well before shipping out.
   If the boards get damaged during transport, we cannot repair them.

Please note that we do not provide repair for miners S5 and before. However, we can do our best to provide troubleshooting support.



**Company**
- Artificial Intelligence
- Antpool
- BTC.COM
- Blog

- About Us
- Contact Us
- Conditions of Use
- Privacy Policy

**Support**
- How to buy
- Need to Order
- Shipping Guide
- Technical Support
- Warranty & Repair

**Exchange Rate**
- 1 BTC = 8219.64 USD
- 1 LTC = 54.63 USD
- 1 BCH = 230.03 USD
- 1 USD = 7.0763 CNY

**Follow Us**

HOTLINE   +65-3138-9024

SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.