Case 3:18-cv-07004-JD Document 35-14 Filed 10/23/19 Page 1 of 2

# Google Maps    300 Park Ave #300, San Jose, CA 95110 to Shenzhen Bay Innovation Center    Drive 6.8 miles, 10 min



 **via CA-87 N** — Fastest route, the usual traffic — 10 min — 6.8 miles

 **via Coleman Ave** — Heavy traffic, as usual — 21 min — 7.0 miles

## Explore Shenzhen Bay Innovation Center

 Restaurants    Hotels    Gas stations    Parking Lots    More

# Google Maps

**300 Park Ave #300, San Jose, CA 95110 to Phillip Burton Federal Building**  Drive 54.4 miles, 1 h 9 min



Map data ©2019 Google  5 mi

| | | |
|---|---|---|
| 🚗 | **via I-280 N**<br>Fastest route now due to traffic conditions | **1 h 9 min**<br>54.4 miles |
| 🚗 | **via US-101 N**<br>Slowdown on US-101 N causing 14-min delay | **1 h 10 min**<br>48.6 miles |
| 🚗 | **via I-880 N**<br>Heavy traffic, as usual | **1 h 38 min**<br>52.6 miles |

### Explore Phillip Burton Federal Building

 Restaurants    Hotels    Gas stations    Parking Lots    More