

# BLOG.BITMAIN.COM

Cryptocurrency, Bitcoin, Bitmain and more…

BLOG  /  CRYPTOCURRENCY NEWS  /  BITMAIN NEWS  /  SCAMBUSTER



CMF California

# Bitmain's 4th Crypto Mining Forum in California promotes enhanced resource management and pre-announces upcoming

**CATEGORIES**

Bitmain News (51)

Blog (19)

    Crypto Noob (5)

    Crypto Pro (2)

Cryptocurrency News (34)

Scambuster (5)

Uncategorized (1)

**SEARCH BITMAIN BLOG**

# new miner

SEPTEMBER 4, 2019  /  ADMIN  /  0 COMMENTS

 SEAR

*The highly anticipated conference hosted industry leaders who shared insights on new initiatives to support the mining ecosystem and initial details on upcoming miner models*



*Attendees at the CMF in California*

**USA, CALIFORNIA SEP 04, 2019** – Bitmain – the world's top 10 fabless chipmaker – hosted the 4th *Crypto Mining Forum* (CMF), a full day mining event which promotes initiatives for miners in the North Central South America region.

The event provided attendees with in-depth analysis and insights on the cryptocurrency mining industry with a special focus on how Bitmain provides enhanced services for current and future customers.

The CMF also provided attendees the opportunity to

**RECENT POSTS**

Bitmain fulfils commitment to Rockdale, Texas, with launch of cryptocurrency mining farm to construct 50MW facility  October 21, 2019

Bitmain announces two new Antminer 17 series miners at World Digital Mining Summit  October 9, 2019

Bitmain to launch new model in Antminer series at World Digital Mining Summit  October 6, 2019

Bitmain to launch the World Digital Mining Map this October  September 27, 2019

First accredited ATA course completed. Improvements in Bitmain's after-sales services will be highlighted at WDMS 2019  September 19, 2019

speak, share ideas, network, and discover new resources from Bitmain and other participants. The event included a variety of customer-focused keynote speeches, panel discussions on the topic of mining optimization in the NCSA region and the awarding of the Antminer Pizza Campaign.

During his speech, Bill Zhu, Bitmain's Managing Director of Marketing, Sales & Service shared how Bitmain's innovative mining ecosystem provides end-to-end support for miners from purchasing, to after-sales, hosting services, and financing. Zhu also announced that Bitmain will be releasing new Antminer models in the following weeks.



*Bill Zhu, Managing Director of Marketing, Sales & Service discussing Bitmain's new mining ecosystem*

There were also discussions on how Bitmain would better help its customers plan and adjust for future fluctuations. Sharif Allayarov, Bitmain's NCSA Regional Director, explained how the company has improved the product purchasing experience, incorporated pre-order agreements as well as purchase agreements from the standard purchasing process.



*CMF Panel Discussion: Mining Cost and Revenue Management [Nathaniel Yu, Dave Perrill, Ivan Yuan, Roozbeh Ebbadi, Philip Salter, Shirley Tong, Robert B. Ladd]*

Andy Niu, Bitmain's Customer Service Manager also shared how an improved support system can better serve its customers through its after-sales service and the newly launched Ant Training Academy. He also revealed new plans to strategically launch repair centers in the USA and across different countries to decrease miner downtimes.

The CMF also involved discussions on hosting services for miners, Nathaniel Yu, International Marketing Manager explained more about Bitmain's mining farm evaluation system and big data report, which will take place during the WDMS 2019 this coming October 8-10 at Frankfurt, Germany.

Lastly, Daniel Yan, Founding Partner and SVP of Trading, Matrixport discussed how the company can offer its financial services which benefit miners through trading, lending, and custody. Miners could take Matrixport as a one-stop-shop to fulfill all their crypto-financial needs, from liquidating/hedging their

coin holdings, getting loans or safeguarding their crypto assets.

BTC.com's Jane Hu, COO and Antpool's Eric Wang, Operations Manager also attended the CMF event to discuss the future of mining pools and new services, which continues to service the sector globally to support cryptocurrency mining operations.

---------------------
Liked this article? Share it with others:

     

Follow Us for Latest News & Articles:

   

 Cryptocurrency News

**PREVIOUS POST**
Fraudulent use of "Bitmain" by Mangocoin (MGC)

**NEXT POST**
Bitmain expands in-demand Antminer 17 series with two new miners; reveals specifications and selling times

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

© 2019 BLOG.BITMAIN.COM          THEME BY ANDERS NOREN — UP ↑