

# Contact Us

Bitmain is headquartered in Beijing with offices in China and abroad. For PR, media, sales, or any other queries, please contact us here. We will get back to you as soon as possible.

## CHINA

### Beijing (Bitmain Headquarters)

Building 25, North Olympic Science & Technology Park,
Baosheng South Road, Haidian District,
Beijing, China 100029

Email:
supplier@bitmain.com (Supplier Inquiries)
hr@bitmain.com (Resume & Job Consulting)
internationalcomms@bitmain.com (PR/Media Inquiries)
antminer.marketing@bitmain.com (Marketing Inquiries)
complaints@bitmaintech.com (Customer Complaints)

### Shenzhen

Room, 1206, Block A, TianXiaJinNiu Plaza, Taoyuan road,
Nanshan district, Shenzhen, China

## HONG KONG

## Hong Kong

02-03, 15/F, Tower A, Cheung Kei Center,
18 Hung Luen Road, Hung Hom,
Kowloon, Hong Kong

Email:
sales.apac@bitmain.com

# SINGAPORE

## Singapore

8 Kallang Ave
#09-03/04 Aperia Tower 1
Singapore 339509

Email:
sales.apac@bitmain.com

# RUSSIA

## Moscow

Gorod Stolits, Presnenskaya Naberezhnaya, Bldg 12, Moscow, Russia

Email:
sales.emeacis@bitmain.com

# GERMANY

## Düsseldorf

Room 405, Königsallee 92A,
40212 Düsseldorf Germany

Email:
sales.emeacis@bitmain.com

**USA**

## San Jose, California

300 Park Ave, STE300,
San Jose, CA 95110, USA

Email:
sales.ncsa@bitmain.com



News

About Us

Contact Us

Join Us

Conditions of Use

Privacy Policy

Copyright © 2019 BitMain Technologies Holding Company. All Rights Reserved.