# Sales Specialist

Bitmain • San Jose, California

⊗ This job is no longer accepting applications

Bitmain Technologies is looking for a sales specialist to join US sales team, and support Bitmain sales team's development oversea.

<u>Responsibilities:</u>

- Communicate with customers via e-mail or live chat tools, introduce products, answer customer consultation;
- Actively contact customers for unpaid orders, collect customer demands, fulfill orders, improve customer service experience;
- Answer customers' enquiries about order status and shipping issues;
- Cooperate with logistics department to help customers to complete the custom clearance and receive their parcels;
- Deal with customers' complaints timely and improve customer's satisfaction;
- Participate in pricing strategy adjustment, product launching, and other operational issues and put forward constructive suggestions;
- Summarize the product sales performance and report to the supervisor;
- Manage and maintain Bitmain community;
- Assist superior with the daily operation;
- Manage and maintain Newegg and Amazon seller portal;

<u>Advantages:</u>

- Experience in international customer service, an ecommerce background will be considered as a plus;
- Experience in working with Zendesk;
- Knowledge of logistic operation such as transportation and warehouse handle-in;
- Experience in working with financial or ERP systems;
- 5.Passionate about blockchain;
- Good teamwork and have collective sense of honor.

<u>Requirements:</u>

- <u>Need Work Visa or local ID</u>
- 2017 or 2018 graduates with bachelor degree or above, no major requirement but prefer Management and Accounting; Management and International Business; Management and Marketing; Strategic Management;
- Fluent in English and Mandarin, proficiency in French is a plus;
- Advanced computer skills (MS Word, Excel, PowerPoint, Photoshop);
- Enthusiastic in learning brand new subjects and willing to explore new areas; able to work under great pressure;
- High social skills, able to cooperate effectively with different teams
- Service and detail orientation

<u>Job Location:</u>
San Jose, CA

If you are keen to take up the challenges, please state your applying position and submit your detailed resume (stating both your current and expected salary) to nicole.liu@bitmain.com. We will offer a highly competitive compensation to the right candidate. To know more about us, please visit www.bitmain.com

See less

**Seniority Level**
Entry level

**Industry**
Computer Hardware,
Information Technology & Services,
Computer Software

**Employment Type**
Full-time

**Job Functions**
Customer Service, Engineering, Sales

Set alert for similar jobs

**Get ahead with Premium Career**

- Contact recruiters directly
- See who's viewing your profile
- Stand out as a featured applicant

Try Free for 1 Month

Looking for talent? Post a job

**PREMIUM**
Competitive intelligence about other applicants

Top applicants    Unlock competitive insights with Premium    Try Free for 1 Month

10/22/2019, Case 3:18-cv-07004-JD Document 37-4 Filed 10/25/19 Page 2 of 2, (11) Sales Specialist | Bitmain | LinkedIn



https://www.linkedin.com/jobs/view/sales-specialist-at-bitmain-962990492/ — 2/2