



☰ ▶ YouTube                    [ Search                    ] 🔍                         📹 ⊞ ⋮  👤 SIGN IN

▶

A Look Inside Bitmain

1,463 views • May 6, 2019                                     👍 29   👎 3    ↗ SHARE   💾 SAVE   •••

**Up next**                              AUTOPLAY ⬤

**Inside a Bitcoin mine that earns $70K a day**
Digital Trends ✓
478K views                                                    5:09

**What Truly Separates The Rich From The Poor**
Practical Wisdom - Interestin... ✓
150K views                                                   10:16

**Programming in Visual Basic .Net How to Connect Access...**
iBasskung
29M views                                                    19:11

**¿Qué es minar bitcoin? - Minería de bitcoin - Conceptos basicos.**
David Carrillo
1.1M views                                                   13:19

**How to Pay Off your Mortgage in 5 Years**
The Kwak Brothers
3.1M views                                                   25:38

**Diamond Mining 1/4 - The Promised Land**
Paul Glynn
2.9M views                                                    3:15

**How I learned to read -- and trade stocks -- in prison | Curti...**
TED
3.1M views                                                   11:04

**You are being LIED TO about BITCOIN    DON'T BE FOOLED...**
FUD TV
132K views                                                   13:24

**Noob's Guide To Bitcoin Mining - Super Easy & Simple**
UFD Tech
2.2M views                                                   11:37

**How to create a 3D Terrain with Google Maps and height maps...**
Orange Box Ceo
8.8M views                                                   20:32

**Mining Farm Modification**
Bitmain
2.3K views                                                    2:15

**Circle Feels SEC Heat, XRP Can't Die, and Who's Standing...**
Cracking Crypto
103 watching
LIVE NOW                                                    13:23

**How To Choose a GPU for Mining**
BuriedONE
150K views                                                    6:15

**Visual Basic .Net : Search in Access Database -...**
iBasskung
10M views                                                    24:59

**How to Get Credit Cards Without Your Social Security...**
Wholesale Tradelines
354K views                                                   14:23

**"You Will Never Be Poor Again" | START DOING THIS TODAY!!!**
Video Advice
5.5M views                                                   10:17

**AntBox Movable Mining Farm**
Bitmain
1.2K views                                                    3:05

**The 2020 Recession: How To Prepare For The Next Market...**
Marko - WhiteBoard Finance
677K views                                                   13:00

BITMAIN **Bitmain**
672 subscribers                                              SUBSCRIBE

Here's a sneak peek into what goes on in Bitmain and our office in San Jose, California! A company that offers you innovative brands such as Antminer and AntBox, taking cryptocurrency mining to greater heights!

SHOW MORE

3 Comments  ↕ SORT BY

SKIP NAVIGATION

👤 Add a public comment...

qassim m 5 months ago
nice..hope i can find way for buy it

👍 👎   REPLY

Олесь Слободенок 5 months ago
Есть тут кто?

👍 1 👎   REPLY

▼ View reply







