10/23/2019   cmfagenda.jpeg (5000×2617)



https://cdn.evbuc.com/eventlogos/304594630/cmfagenda.jpeg