Home Moments Search Twitter Have an account? Log in

+Power
More P

ANTMI

**Antminer_m**
@Antminer_main

@BITMAINtech's
for #Antminer and
on shop.bitmain.c
latest announcem

Beijing
shop.bitmain.c
Joined June 20

**Antminer_main**
@Antminer_main

Follow

The 4th Crypto Mining Forum was successfully held in California! Aligning with the new focus in providing enhanced resource management to customers, the #CMF event delivered innovated speeches while also pre-announcing an upcoming new miner. bit.ly/2lDFyt6

7:42 AM - 4 Sep 2019

**3** Retweets **9** Likes

1 3 9

**Andres Herrera** @andreshxg · Sep 4
Replying to @Antminer_main @BITMAINtech
Cx. Ukm.. lu} 7rcyh] "[r". 96,

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

Home Moments Search Twitter Have an account? Log in

+Power
More P

ANTMI

Antminer_m
@Antminer_main

@BITMAINtech's c
for #Antminer and
on shop.bitmain.c
latest announcem

Beijing
shop.bitmain.c
Joined June 20

**Antminer_main**
@Antminer_main

Follow

#CMF California Update: See the list of main speakers and topics focused on cryptocurrency mining optimization. Register now at bit.ly/312QGQ0 or contact sales.ncsa@bitmain.com for further questions.

Your Resource Gateway Into Digital Mining!

1:02 AM - 16 Aug 2019

**3** Likes

3

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

Home Moments Search Twitter Have an account? Log in

Antminer_
@Antminer_main
@BITMAINtech's ... for #Antminer ar... on shop.bitmain... latest announcen...
Beijing
shop.bitmain...
Joined June 2...

**Antminer_main**
@Antminer_main

Follow

The 4th Crypto Mining Forum #CMF is finally here! Set to take place in Santa Clara, California. 50 free seats will be opened for interested participants to visit the event. Register now at bit.ly/312QGQ0 or contact sales.ncsa@bitmain.com for further questions.

7:32 AM - 29 Jul 2019

9 Retweets 19 Likes

3 9 19

**Rightesnous** @JimKonny · Jul 29
Replying to @Antminer_main
Who the hell is "Antminer Russia" which called himself as official dealer/partner of Bitmain in Russia?

1 1

**Antminer_main** @Antminer_main · Jul 29
Hi there, can you send us the link of this page and we will have it reported. Thank

5





