Google Maps    300 Park Ave #300, San Jose, CA 95110 to Shenzhen Bay Innovation Center    Drive 6.8 miles, 10 min



**via CA-87 N** — 10 min
Fastest route, the usual traffic — 6.8 miles

**via Coleman Ave** — 21 min
Heavy traffic, as usual — 7.0 miles

### Explore Shenzhen Bay Innovation Center

 Restaurants     Hotels     Gas stations     Parking Lots     More

# Google Maps

**300 Park Ave #300, San Jose, CA 95110 to Phillip Burton Federal Building**

Drive 54.4 miles, 1 h 9 min



Map data ©2019 Google   5 mi

| | | |
|---|---|---|
| 🚗 | **via I-280 N** <br> Fastest route now due to traffic conditions | **1 h 9 min** <br> 54.4 miles |
| 🚗 | **via US-101 N** <br> Slowdown on US-101 N causing 14-min delay | **1 h 10 min** <br> 48.6 miles |
| 🚗 | **via I-880 N** <br> Heavy traffic, as usual | **1 h 38 min** <br> 52.6 miles |

### Explore Phillip Burton Federal Building

    

Restaurants    Hotels    Gas stations    Parking Lots    More