CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:    +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants, | Case No. 3:18-cv-07004-JD<br><br>**DECLARATION OF LUYAO LIU IN SUPPORT OF DEFENDANT BITMAIN TECHNOLOGIES, LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO STRIKE CLASS ALLEGATIONS**<br><br>[Reply in Support of Motion to Dismiss Filed Concurrently]<br><br>Hearing Date:   December 19, 2019<br>Time:                 10:00 a.m.<br>Judge:                Hon. James Donato |

I, Luyao Liu, declare as follows:

1. I was the Investment Director of Defendant Bitmain Technologies, Ltd. and am currently the Chief Financial Officer. I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts stated herein.

2. This declaration is made in support of Bitmain Technologies, Ltd.'s Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction and to Strike Class Allegations.

3. I have reviewed the Declaration of Christopher Marlborough (ECF No. 37-2) and the exhibits attached to it (ECF Nos. 37-3 – 37-14).

4. Bitmain, Inc. leases property located in San Jose, California. As I mentioned in my prior declaration (ECF No. 33-1 ¶ 7), Bitmain Technologies, Ltd. does not own, use, lease, or possess that property, or any other property in California.

5. Neither Bitmain Technologies, Ltd. nor Bitmain, Inc. operates any sales or service networks in California.

6. Bitmain Technologies, Ltd. has no employees who work in California.

7. Bitmain Technologies, Ltd. has never advertised or solicited anyone for employment at Bitmain, Inc.'s San Jose, California office. The entity referred to in Exhibit 2 to the Marlborough declaration (ECF No. 37-4), which Mr. Marlborough claims is a "job posting from Bitmain Technologies Limited" (ECF No. 37-2 ¶ 3), is not the defendant in this case but rather is Beijing Bitmain Technology Co., Ltd.—a separate entity that is incorporated and has its principal place of business in Beijing, China.

8. Peng Li is not and has never been an employee of Bitmain Technologies, Ltd. He is employed by Beijing Bitmain Technology Co., Ltd. and works in Beijing, China. When Peng Li travels to the United States for business, he often works at the property leased by Bitmain, Inc. in San Jose, California.

9. Sharif Allayarov, Andy Niu, Jane Hu, and Eric Wang are not and have never been employees of Bitmain Technologies, Ltd.

10. Bitmain Technologies, Ltd. did not host a conference in California on August 31, 2019, nor has it hosted any other conferences in California. The August 31, 2019 conference referenced in the Declaration of Christopher Marlborough (ECF No. 37-2 ¶¶ 10–11, 13), and Exhibits 9, 10, and 13 to that declaration (ECF Nos. 37-11, 37-12, and 37-15), was hosted by Beijing Bitmain Technology Co., Ltd.

11. Bitmain Technologies, Ltd. does not operate a repair center in Fremont, California, or anywhere else in California. The Fremont repair center referred to in the Declaration of Christopher Marlborough (ECF No. 37-2 ¶ 9), and Exhibit 8 to that declaration (ECF No. 37-10), is outsourced by Shenzhen Century Cloud Core Technology Co., Ltd.

12. Bitmain Technologies, Ltd. does not operate the website Bitmain.com or the Facebook, Twitter, or YouTube pages referenced in the Declaration of Christopher Marlborough (ECF No. 37-2 ¶¶ 2, 4–5, 7, 9, 13), and Exhibits 1, 3, 4, 6, 8, and 12 attached to that declaration (ECF Nos. 37-3, 37-5, 37-6, 37-8, 37-10, 37-14). The referenced website and Facebook, Twitter, and YouTube pages are operated by Beijing Bitmain Technology Co., Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of November, 2019, at Beijing, China.

By: _____
Luyao Liu