UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gor Gevorkian<br><br>Plaintiff(s)<br>v.<br>Bitmain, Inc. et al.<br><br>Defendant(s) | CASE No C  3:18-cv-07004-JD<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)
    Private mediation with a provider to be determined

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: one year after the Court's ruling on Bitmain's now pending motion to dismiss

Date: 11/27/2019     /s/ Adam Rose
                     Attorney for Plaintiff

Date: 11/27/2019     /s/ Carlos M. Lazatin
                     Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE: _____
            U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

**SIGNATURE ATTESTATION**

      I, Carlos M. Lazatin, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Selecting ADR Process.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: November 27, 2019                                                  /s/ Carlos M. Lazatin
                                                                             Carlos M. Lazatin