# Exhibit 2

CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
DAVID IDEN (S.B. #307494)
diden@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD. and DOES 1 to 10,<br><br>Defendants. | Case No. 3:18-cv-07004-JD<br><br>**DEFENDANT BITMAIN TECHNOLOGIES, LTD.'S NOTICE OF DEPOSITION OF GOR GEVORKYAN AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:     March 5, 2020<br>Time:    9:00 a.m.<br>Place:    O'Melveny & Myers, LLP<br>             400 South Hope St.<br>             18th Floor<br>             Los Angeles, CA 90071 |

1

**ATTACHMENT A**

2

**REQUEST FOR PRODUCTION NO. 1:**

3

     Documents that Refer, Relate to, or Discuss Your purchases of the Devices

4

that are the subject of this Action.

5

**REQUEST FOR PRODUCTION NO. 2:**

6

     Documents that evidence Your purchase of the Devices that are the subject of

7

this Action, including any purchase receipts, invoices, emails, email confirmations,

8

order forms, credit card statements, canceled checks, and bank statements.

9

**REQUEST FOR PRODUCTION NO. 3:**

10

     Communications between You and any Person, including Bitmain, Bitmain

11

employees, or third parties, that Refer, Relate to, or Discuss Your purchases of the

12

Devices that are the subject of this Action.

13

**REQUEST FOR PRODUCTION NO. 4:**

14

     Communications between You and Bitmain or between You and any

15

company that You believe to be a Bitmain-related entity.

16

**REQUEST FOR PRODUCTION NO. 5:**

17

     Communications between You and anyone at the San Jose, California office

18

that You refer to in Your Opposition.  (ECF No. 37 at 1-2, 5-7, 9, 11-13, 15.)

19

**REQUEST FOR PRODUCTION NO. 6:**

20

     Documents that support Your statement in paragraph 2 of Your Declaration

21

that You have been "at all times relevant to this action . . . a citizen of Burbank,

22

California."  (ECF No. 37-1 ¶ 2.)

23

**REQUEST FOR PRODUCTION NO. 7:**

24

     Documents that support Your statement in paragraph 5 of Your Declaration

25

that You "made the purchases of all of the mining devices from Burbank,

26

California."  (ECF No. 37-1 ¶ 5.)

27

28

NOTICE OF DEPOSITION OF GOR
GEVORKYAN AND REQUESTS FOR
PRODUCTION OF DOCUMENTS
3:18-CV-07004-JD

**REQUEST FOR PRODUCTION NO. 8:**

Documents that support Your statement in paragraph 13 of Your Declaration that You visited "Bitmain's website" and found and called a "standard United States phone number" to discuss Your Devices with customer service representatives.  (ECF No. 37-1 ¶ 13.)

**REQUEST FOR PRODUCTION NO. 9:**

Documents You Identify in Your response to Interrogatory number 3 in Bitmain's First Set of Interrogatories to Plaintiff Gor Gevorkyan.

**REQUEST FOR PRODUCTION NO. 10:**

Documents You Identify in Your response to Interrogatory number 4 in Bitmain's First Set of Interrogatories to Plaintiff Gor Gevorkyan.

**REQUEST FOR PRODUCTION NO. 11:**

Documents You Identify in Your response to Interrogatory number 5 in Bitmain's First Set of Interrogatories to Plaintiff Gor Gevorkyan.

///
///
///
///
///
///
///
///
///
///
///
///
///

NOTICE OF DEPOSITION OF GOR
GEVORKYAN AND REQUESTS FOR
PRODUCTION OF DOCUMENTS
3:18-CV-07004-JD

1   Dated:  January 21, 2020              /s/ Carlos M. Lazatin

2

3                                         Carlos M. Lazatin

4                                         William K. Pao
                                          Xin-Yi Zhou
5                                         David L. Iden

6                                         O'MELVENY & MYERS LLP
                                          400 South Hope Street
7                                         18th Floor
                                          Los Angeles, CA 90071
8                                         Telephone: (213) 430-6000
                                          Facsimile: (213) 430-6407
9
                                          Email: clazatin@omm.com
10                                        Email: wpao@omm.com
                                          Email: vzhou@omm.com
11                                        Email: diden@omm.com
                                          *Counsel for Defendant Bitmain*
12                                        *Technologies, Ltd.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -