# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: December 19, 2019　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 7 Minutes

Case No.　　**C-18-07004-JD**
Case Name　**Gevorkyan v. Bitmain Inc. et al**

Attorney(s) for Plaintiff(s):　　Christopher Marlborough/Ari Basser
Attorney(s) for Defendant(s):　Carlos M. Lazatin/David L. Iden

Deputy Clerk: Lisa R. Clark　　　　　　　　　　　　　　Court Reporter: Marla Knox

## PROCEEDINGS

Motion to Dismiss - Held
Initial Case Management Conference - Not Held

## NOTES AND ORDERS

For defendant Bitmain Technologies, Ltd.'s motion to dismiss for lack of personal jurisdiction, Dkt. No. 33, the Court orders that plaintiff may take jurisdictional discovery for a period of 120 days so that a "more satisfactory showing of the facts" can be made. *Boschetto v. Hansing*, 539 F.3d 1011, 1020 (9th Cir. 2008).

Plaintiff may also take jurisdictional discovery from third parties, and any discovery disputes should be raised using the letter brief process described in the Court's civil discovery standing order. The Court expects defendant will be transparent and forthcoming about facts relating to similarly-named related entities.

Plaintiff may request additional time for good cause.

Defendant's present motion will be administratively terminated pending the completion of the jurisdictional discovery.