

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

March 16, 2020

**William K. Pao**
D: +1 213 430 7272
wpao@omm.com

<u>**VIA ECF**</u>

Hon. James Donato
United States District Judge
U.S. District Court, Northern District of California
Courtroom 11
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>*Gor Gevorkyan v. Bitmain, Inc., et al.*</u>, N.D. Cal. Case No. 3:18-cv-07004-JD

Dear Judge Donato:

On March 13, 2020, Plaintiff filed a letter in response to Defendant Bitmain Technology Ltd.'s ("Bitmain HK") letter requesting that this Court compel Plaintiff to respond to Bitmain HK's narrow jurisdictional discovery requests. Bitmain HK recognizes that this Court's Standing Order on Civil Discovery does not expressly provide for replies to such responses. However, in light of Plaintiff's gross mischaracterizations both of the law and of Bitmain HK's positions, Bitmain HK respectfully requests leave of Court to submit the attached reply, which focuses solely on those mischaracterizations. *See Dietz v. Bouldin*, 136 S. Ct. 1885, 1888–89 (2016) (district courts have inherent power to manage their docket and affairs).

Respectfully,

William K. Pao
of O'Melveny & Myers LLP