CARLOS M. LAZATIN  (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
JASON A. ORR (S.B. #301764)
jorr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:    +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants, | Case No. 3:18-cv-07004-JD<br><br>**JOINT STIPULATION EXTENDING TIME FOR JURISDICTIONAL DISCOVERY AND [PROPOSED] ORDER**<br><br>Complaint Filed: November 19, 2018<br>Trial Date: None Set |

Plaintiff Gor Gevorkian ("Plaintiff") and Defendant Bitmain Technologies, Ltd. ("Defendant") (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS,** on December 19, 2019, the Court granted leave for the Plaintiff to conduct jurisdictional discovery on Defendant for a period of 120 days (ECF No. 44);

**WHEREAS**, on January 6, 2019, Plaintiff noticed the deposition of Luyao Liu, a citizen and resident of the People's Republic of China, for March 3, 2020;

1 **WHEREAS**, the earliest Luyao Liu was available for deposition was April 2, 2020, and the Parties tentatively scheduled to hold the deposition on that date;

**WHEREAS**, the Parties agreed to continue the April 2, 2020 deposition of Mr. Liu due to travel restrictions between the United States and China, and out of concern for the health of all involved, related to the COVID-19 pandemic;

**WHEREAS**, on February 24, 2020, March 13, 2020, and March 16, 2020[1] (ECF Nos. 47, 49, and 50), the Parties filed letter briefs requesting that the Court resolve a disputed issue of law with respect to the scope of jurisdictional discovery to which the Parties believe they are entitled;

**WHEREAS**, the Court has not yet ruled on the Parties' letter briefs;

**WHEREAS,** on March 19, 2020, California Governor Gavin Newsom issued a "stay at home" order ("Stay-at-Home Order") in response to the COVID-19 pandemic, which required all Californians to "stay at home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors";

**WHEREAS,** the Parties and their counsel have found it difficult, and at times impossible, to conduct jurisdictional discovery while complying with the Stay-at-Home Order and similar restrictions in China;

**WHEREAS,** the period for jurisdictional discovery set by the Court expires on April 17, 2020;

**WHEREAS**, the Parties anticipate the Stay-at-Home Order will continue past the expiration of that jurisdictional discovery period;

**WHEREAS**, Plaintiff has been unable to conduct jurisdictional discovery for at least approximately 30 days of the 120 days that the Court provided;

**NOW, THEREFORE,** the undersigned Parties hereby stipulate and agree, subject to Court approval, that discovery is stayed in this case pending the lifting of the Stay-at-Home Order. In the interim, the Parties may continue to meet and confer via email and phone on issues related to the discovery conducted as of the date of this stipulation, so that the Parties will be

---

[1] On March 16, 2020, Defendant filed a request to submit a reply to Plaintiff's letter brief, attaching the proposed reply letter brief.

1  positioned to move forward expeditiously when the Stay-at-Home Order ends. Unless otherwise
2  stipulated or ordered, Plaintiff will have 30 days from the expiration of the Stay-at-Home Order
3  to complete written discovery pursuant to the Court's December 19, 2019 order. Plaintiff will
4  have 60 days from the expiration of the Stay-at-Home Order to depose Luyao Liu. Nothing in this
5  stipulation shall constitute any waiver of the Parties' rights or preclude the Parties from seeking
6  further extensions or objecting to further extensions as necessary.

   **IT IS SO STIPULATED.**

   Dated: April 15, 2020                /s Ari Y. Basser

   Robert Starr
   Adam Rose
   Karo Karapetyan
   FRONTIER LAW CENTER
   23901 Calabasas Rd, Suite 2074
   Calabasas, CA 91302
   Telephone: (818) 914-3433
   Facsimile: (818) 914-3433
   E-Mail:  robert@frontierlawcenter.com
   E-Mail:  adam@frontierlawcenter.com
   E-Mail:  karo@frontierlawcenter.com

   Jordan L. Lurie
   Ari Y. Basser
   POMERANTZ LLP
   1100 Glendon Avenue
   15th Floor
   Los Angeles, CA 90024
   Telephone: 310-405-7190
   Facsimile: 917-463-1044
   Email: jllurie@pomlaw.com

   Christopher Marlborough
   THE MARLBOROUGH LAW FIRM, P.C.
   445 Broad Hollow Road, Suite 400
   Melville, NY 11747
   Telephone: (212) 991-8960
   Facsimile: (212) 991-8952
   E-Mail:  chris@marlboroughlawfirm.com

   *Counsel for Plaintiff*

| | | |
|---|---|---|
| | Dated: April 15, 2020 | */s Carlos M. Lazatin* |
| | | Carlos M. Lazatin |
| | | William K. Pao |
| | | Jason A. Orr |
| | | O'MELVENY & MYERS LLP |
| | | 400 South Hope Street |
| | | 18th Floor |
| | | Los Angeles, CA 90071 |
| | | Telephone: (213) 430-6000 |
| | | Facsimile: (213) 430-6407 |
| | | Email: clazatin@omm.com |
| | | Email: wpao@omm.com |
| | | Email: jorr@omm.com |
| | | |
| | | *Counsel for Defendant Bitmain Technologies, Ltd.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from all signatories above.

Dated: April 15, 2020

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s Carlos M. Lazatin*

Attorneys for Defendant
Bitmain Technologies, Ltd.

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing:

1. Discovery is stayed in this case pending the lifting of the Stay-at-Home Order issued by Governor Newsom on March 19, 2020.

2. Plaintiff shall have 30 days from the expiration of the Stay-at-Home Order to complete written discovery pursuant to the Court's December 19, 2019 order.

3. Plaintiff will have 60 days from the expiration of the Stay-at-Home Order to depose Luyao Liu.

4. This Order is without prejudice to the Parties seeking additional extensions as needed in light of the changing circumstances of the global COVID-19 pandemic.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE