# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 21, 2020                                   Judge: Hon. James Donato

Time: 17 Minutes

Case No.       **C-18-7004-JD**
Case Name      **Gevorkyan v. Bitmain Inc. et al**

Attorney(s) for Plaintiff(s):     Ari Basser, Jordan Laurie, Christopher Marlborough
Attorney(s) for Defendant(s):  Carlos Lazatin, William Pao

Deputy Clerk: Lisa R. Clark                         Court Reporter: Not Reported

### PROCEEDINGS

Telephonic Discovery Hearing - Held

### NOTES AND ORDERS

The Court discusses with the parties the pending discovery dispute letters, Dkt. Nos. 47, 49, 50, and the parties' stipulated request regarding scheduling. Dkt. No. 51.

Defendant Bitmain HK's request for discovery from plaintiff, Dkt. No. 47, is denied pending further developments. It is plaintiff's burden to establish the Court's personal jurisdiction over defendants, and the case law is clear that "it is the defendant's conduct that must form the necessary connection with the forum State that is the basis for its jurisdiction over him." *Walden v. Fiore*, 571 U.S. 277, 287 (2014).

On the parties' scheduling request, Dkt. No. 51, plaintiff's deadline to complete jurisdictional discovery is extended to June 1, 2020. Plaintiff may seek an extension of that date only if there is genuine good cause. The parties' stipulation is otherwise denied.

So that the issue of personal jurisdiction can be resolved, plaintiff is directed to file a brief of 10 pages or less by June 11, 2020. Defendants are directed to file a response with the same page limits by July 2, 2020. The Court will set a hearing if one is needed.