CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
JASON A. ORR (S.B. #301764)
jorr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:   +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>   Defendants. | Case No. 3:18-CV-07004-JD<br><br>**NOTICE OF APPEARANCE OF JASON A. ORR** |

**PLEASE TAKE NOTICE** of the appearance of Jason A. Orr of the firm O'Melveny & Myers LLP, as counsel of record on behalf of Defendant Bitmain Technologies, Ltd., in the above-captioned matter. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-entitled matter should be sent to counsel at the address below:

> Jason A. Orr (S.B. #301764)
> O'MELVENY & MYERS LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, California  90071-2899
> jorr@omm.com

Jason A. Orr is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California.

Dated:  May 29, 2020

Respectfully submitted,

CARLOS M. LAZATIN
WILLIAM K. PAO
JASON A. ORR

O'MELVENY & MYERS LLP

By:  /s/ *Jason A. Orr*
      Jason A. Orr
Attorneys for Defendant
Bitmain Technologies, Ltd.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 27th day of May, 2020.

*/s/ Jason A. Orr*
Jason A. Orr