**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Adam M. Rose (210880)
adam@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Gor Gevorkyan on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,

Defendants.

Case Number: 3:18-cv-07004-JD

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Judge: Honorable James Donato

**[PROPOSED] ORDER**

Having considered Plaintiff's June 11, 2020 administrative motion to file under seal pursuant to Civil Local Rule 7-11 and 79-5(d), and the Court's Standing Order for Cases Involving Sealed or Confidential Documents, all materials submitted in support thereof, and other records on file, the Court hereby GRANTS the administrative motion to file under seal, as follows.

The Court authorizes the filing under seal of the following documents attached to the Declaration of Karo Karapetyan in Support of Plaintiff's Supplemental Memorandum of Law in Opposition to Defendant's Motion to Dismiss ("Karapetyan Declaration") as follows:

| **Document** | **Text to be Sealed** | **Basis for Sealing** |
|---|---|---|
| Exhibit 2 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |
| Exhibit 3 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |
| Exhibit 9 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |
| Exhibit 10 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |
| Exhibit 13 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |
| Exhibit 16 to the Karapetyan Declaration | Entirety | Local Rules 79-5(e): Designated by Defendant as "CONFIDENTIAL" pursuant to the Protective Order (Dkt. 54). |

**IT IS SO ORDERED**

Dated: ________________ By: ______________________________

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE