# EXHIBIT 4

# BLOG.BITMAIN.COM

Cryptocurrency, Bitcoin, Bitmain and more…

# Fraudulent use of Bitmain brand by bitmain.farm and antminersmining.com

FEBRUARY 4, 2020  /  ADMIN  /  0 COMMENTS

Recently, it was discovered that some websites have been impersonating Bitmain (hereinafter referred to as "our company") and have been communicating with our company's existing customers under false pretense.

In order to protect the legitimate rights and interests of our company and customers, our company solemnly declares as follows:

Our official website https://www.bitmain.com/ is the only official website of Bitmain. The two websites: https://bitmain.farm/register and https://antminersmining.com/ have no relationship with Bitmain. For the fraudulent use of the "Bitmain" brand, we will resolutely adopt legal means to protect ourselves and our customers' rights and interests.

---------------------
Liked this article? Share it with others:

     

Follow Us for Latest News & Articles:

   

Bitmain News, Blog

 BITMAIN  SCAM

**PREVIOUS POST**
First US cohort graduates from Ant Training Academy

**NEXT POST**
Bitmain Announces Specs for Next-gen Antminer S19 and S19 Pro Coming Soon

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

**Email** *

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment