# EXHIBIT 5

BITMAIN | Antminer BitDeer Blog Support Cart Sign in / Sign up | EN

# Welcome to Bitmain Support

Search Support

| Need To Order | Shipping Guide | Technical Support | Warranty & Repair | Contact Us |
|---|---|---|---|---|
| How To Order, Order Status, Order Policy, SN Tag Search | Shipping Cost Calculator, Package Tracking, Product Certificates | Product Support, Product Installation Guide & Firmware, After-sales Service Application | Service Terms and Conditions, Warranty Check, Repair Guide, Create a Repair Ticket, Repair Site, Buying Parts, Buying Materials | Submit a Support Ticket, Online Chat, Facebook, Twitter, Reddit, Hotline |

## We Welcome Your Feedback!

Thank you for giving us the opportunity to serve you better. Please help us by taking a few minutes to tell us about the service that you have received so far. We appreciate your business and want to make sure we meet your expectations.

No Thanks Give Feedback

powered by SurveyMonkey

BITMAIN

Artificial Intelligence
Antpool
BTC.COM
Blog

Company

About Us
Contact Us
Conditions o
Privacy Polic

Follow Us

HOTLINE +65-3138-9024

SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.





Support / Need To Order

# Need To Order



| How to Order | Order Status | Order Policy | SN Tag |
|---|---|---|---|
| Step by step guide to place your order | Check your order status (pending, unpaid, paid, shipped, expired) | Terms & Conditions | Search your miner's SN Tag using Order ID |

Company: About Us · Contact Us · Conditions of Use · Privacy Policy

Artificial Intelligence · Antpool · BTC.COM · Blog

Support: How to buy · Need to Order · Shipping Guide · Technical Support · Warranty & Repair

Exchange Rate: 1 BTC = 8220.00 USD · 1 LTC = 54.80 USD · 1 BCH = 230.92 USD · 1 USD = 7.0769 CNY

Follow Us    HOTLINE  +65-3138-9024    SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.



Support / Shipping Guide

# Shipping Guide



| Shipping Cost Calculator | Package Tracking | Product Certificate |
|---|---|---|
| Tool to calculate your estimated shipping cost | Tool to trace parcel location and status | Certificates and test reports for custom clearance |

| Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|
| About Us | How to buy | 1 BTC = 8220.00 USD | |
| Contact Us | Need to Order | 1 LTC = 54.80 USD | HOTLINE  +65-3138-9024 |
| Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD | SUPPORT.BITMAIN.COM |
| Privacy Policy | Technical Support | 1 USD = 7.0769 CNY | |
| | Warranty & Repair | | |

Artificial Intelligence
Antpool
BTC.COM
Blog

Copyright ©2019 Bitmain.com. All Rights Reserved.



Support / Technical Support

# Technical Support



**Product Support**
Knowledge Articles and Frequently Asked Questions on Products

**Product Installation Guide & Firmware**
Set-up instructions for products and firmware updates

**After-sales Service Application**
Maintenance Training

| Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|
| About Us | How to buy | 1 BTC = 8220.00 USD | |
| Contact Us | Need to Order | 1 LTC = 54.80 USD | HOTLINE +65-3138-9024 |
| Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD | |
| Privacy Policy | Technical Support | 1 USD = 7.0769 CNY | SUPPORT.BITMAIN.COM |
| | Warranty & Repair | | |

Artificial Intelligence
Antpool
BTC.COM
Blog

Copyright ©2019 Bitmain.com. All Rights Reserved.

BITMAIN | Antminer | BitDeer | Blog | Support | Cart | Sign in / Sign up | EN

Support / Warranty & Repair

# Warranty & Repair

| | | | |
|---|---|---|---|
| **Service Terms and Conditions**<br>Antminer Support Policy | **Warranty Check**<br>Check your miner warranty status | **Repair Guide**<br>Know how to get your faulty items ready for repair | **Create a Repair Ticket**<br>Submit a request to repair your faulty items |
| **Repair Site**<br>Repair Warehouse addresses | **Buying Parts**<br>Product Parts (Control Boards, Fans, Cables) | **Buying Materials**<br>Material Purchases | |

BITMAIN

| | Company | Support | Exchange Rate | Follow Us |
|---|---|---|---|---|
| Artificial Intelligence | About Us | How to buy | 1 BTC = 8220.00 USD | |
| Antpool | Contact Us | Need to Order | 1 LTC = 54.80 USD | HOTLINE +65-3138-9024 |
| BTC.COM | Conditions of Use | Shipping Guide | 1 BCH = 230.92 USD | SUPPORT.BITMAIN.COM |
| Blog | Privacy Policy | Technical Support | 1 USD = 7.0769 CNY | |
| | | Warranty & Repair | | |

Copyright ©2019 Bitmain.com. All Rights Reserved.

BITMAIN | Antminer | BitDeer | Blog | Support | Cart | Sign in / Sign up | EN

Support / Contact Us

# Contact Us

**Submit a Support Ticket**
Get our Support Team to assist you

**Facebook**
Connect with us!

**Twitter**
Connect with us!

**Reddit**
Connect with us!

**Hotline**
Call us for assistance
+65-3138-9024

BITMAIN

Artificial Intelligence
Antpool
BTC.COM
Blog

**Company**
About Us
Contact Us
Conditions of Use
Privacy Policy

**Support**
How to buy
Need to Order
Shipping Guide
Technical Support
Warranty & Repair

**Exchange Rate**
1 BTC = 8220.00 USD
1 LTC = 54.80 USD
1 BCH = 230.92 USD
1 USD = 7.0769 CNY

**Follow Us**
HOTLINE +65-3138-9024
SUPPORT.BITMAIN.COM

Copyright ©2019 Bitmain.com. All Rights Reserved.







