# EXHIBIT 8

≡  ▶ YouTube

Search  🔍

📹 ⊞ ⋮ 👤 SIGN IN

🏠 Home
🔥 Trending
📑 Subscriptions
📁 Library
🕑 History

# BITMAN

BITMAN

**Bitmain**
672 subscribers

SUBSCRIBE

HOME    VIDEOS    PLAYLISTS    CHANNELS    DISCUSSION    **ABOUT**    🔍

Description

Beijing-based Bitmain Technologies Ltd.'s official YouTube channel.

Details

Location:    China

Stats

Joined May 30, 2016

45,125 views

IAVIGATION

1











