# EXHIBIT 9

**Conditionally Filed Under Seal**