# EXHIBIT 10

**Conditionally Filed Under Seal**