# EXHIBIT 14

**Department of State: Division of Corporations**

[Allowable Characters](#)

- HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

- **SERVICES**
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- Entity Search
- Status
- Validate Certificate
- Customer Service Survey

Loading...

[Frequently Asked Questions](#)

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain Copy of same, please contact a Delaware online agent. Please [click here](#).

For more information please read the [Frequently Asked Questions](#) page.

---

**General Information Name Search**

✱ Required Field

✱ Entity Name: `beijin Bitmain`    or    ✱ File Number: `_____`

[This field is not case sensitive.]

**JBU6Y**

[Generate New Image](#)
[Get Audio Code](#)

Type code from the image: `_____`

[ Search ]

| FILE NUMBER | ENTITY NAME |
|---|---|
| 6762125 | [BEIJIN BITMAIN TECHNOLOGIES INC.](#) |

<span style="color:red">To ensure everyone using the Division of Corporations search tools has the best experience possible, the Division strongly discourages the use of automated tools to search or mine data. We also discourage excessive and repeated searches that may have a negative impact on our systems and customer experience. Failure to use these tools in a responsible manner may result in the suspension of your access to utilize this service.</span>

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

**Department of State: Division of Corporations**

[Allowable Characters](#)

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

[Frequently Asked Questions](#)

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain Copy of same, please contact a Delaware online agent. Please [click here](#).

For more information please read the [Frequently Asked Questions](#) page.

**General Information Name Search**

✱ Required Field

✱ Entity Name:   *bitmain        or   ✱ File Number: 

[This field is not case sensitive.]



[Generate New Image](#)
[Get Audio Code](#)

Type code from the image: 

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 6931524 | BITMAIN DEVELOPMENT INC. |
| 6734162 | BITMAIN GROUP CORP. |
| 5670168 | BITMAIN INC. |
| 6947589 | BITMAIN SALES (USA) INC. |
| 6548224 | BITMAINUS LLC |

To ensure everyone using the Division of Corporations search tools has the best experience possible, the Division strongly discourages the use of automated tools to search or mine data. We also discourage excessive and repeated searches that may have a negative impact on our systems and customer experience. Failure to use these tools in a responsible manner may result in the suspension of your access to utilize this service.

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

Privacy - Terms