# **EXHIBIT 15**

**indeed**  Find jobs   Company reviews   Find salaries                     Upload your resume   Sign in   Employers / Post Job

| What | bitmain | Where | San Jose, CA | Find Jobs | Advanced Job Search |

Construction & Extraction

within 25 miles ▼ | Salary ▼ | Job Type ▼ | Location ▼ | Company ▼ | Experience Level ▼

Upload your resume - Let employers find you

bitmain jobs in San Jose, CA

Sort by: relevance - date                                                        Page 1 of 2 jobs

### Regional Head of US Mining Farms
Bitmain Inc   3.2 ★
San Jose, CA 95110 (Downtown area)

○ In this position, you will oversee all of the current mining farm sites/operations and mining farm sites are currently under development – to ensure that the…

30+ days ago · Save job · More...

---

### Project Manager
Bitmain Inc   3.2 ★
San Jose, CA 95110 (Downtown area)

○ Aptitude to anticipate problems, critical issues and opportunities as they arise; along with the capability to creatively problem solve and bring together…

30+ days ago · Save job · More...

» Post your resume - It only takes a few seconds

🔍 Project Manager      🔍 San Jose California

Resume Resources: Resume Samples - Resume Templates
Career Resources: Career Explorer - Salary Calculator

---

### Regional Head of US Mining Farms
Bitmain Inc  ★★★☆☆ 6 reviews - San Jose, CA 95110 (Downtown area)

**Apply On Company Site**   ♡

…organization. In this position, you will oversee all of the current mining farm sites/operations and mining farm sites are currently under development – to ensure that the channels of communication are open at all levels. An individual who is able to lead the US team and create an on-going collaboration between the US and Global teams within the company. A keen attention to detail, great attitude and strong analytical skills are a must.

**Duties and Responsibilities**

- As the North America Operations Director, manage all related projects and end-to-end process including but not limited to: project P&L, budgeting, cost control, progress claims, variations, risk mitigation, supplier negotiation and tender management, etc.
- Lead the North American team, provide project support, coordinate and communicate with internal cross-functional team, major stakeholders, external third-party partners, etc. to ensure project progress and timeliness, steer successful completion and meet the business development goals;
- Responsible for the further expansion of North American business, including ground research, identifying new business development opportunities, providing analysis, suggestions and solutions to the existing business.
- Hire and build up a professional and capable team and set objectives, goals and KPIs consistent with business objectives.
- Effectively manage allocated budgets and deliver within agreed timelines and costs
- Practice Bitmain's cultural values and take responsibility for the team, the business as a leader.
- This role will oversee the current Operations business unit and on-going Construction business unit – which would combine all of the US business units for Bitmain mining farms.
- This role will directly report to senior management in HQ [Beijing, China] and will be expected to provide daily updates to senior management on performance of projects and operations.

**Requirements and Qualifications**

Education:

---

Hiring Lab - Career Advice - Browse Jobs - Browse Companies - Salaries - Find Certifications - Indeed Events - Work at Indeed - Countries - About - Help Center

© 2020 Indeed - Do Not Sell My Personal Information - Privacy Center - Cookies, Privacy and Terms