# EXHIBIT 16

**Conditionally Filed Under Seal**