FRONTIER LAW CENTER
Robert L. Starr (183052)
robert@frontierlawcenter.com
Adam M. Rose (210880)
adam@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

POMERANTZ LLP
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

THE MARLBOROUGH LAW FIRM, P.C.
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gor Gevorkyan on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,<br><br>Defendants. | Case Number: 3:18-cv-07004-JD<br><br>**DECLARATION OF KARO KARAPETYAN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

## DECLARATION OF KARO KARAPETYAN

I, KARO KARAPETYAN, declare as follows:

1. I am a citizen of Los Angeles, California at all times relevant. I am acting counsel for the named Plaintiff, Gor Gevorkyan ("Plaintiff"). I make this declaration in support of Plaintiff's Supplemental Memorandum of Law in Opposition to Bitmain Technologies, Ltd.'s ("Bitmain HK") Motion to Dismiss. If called as a witness, I could and would testify competently to the following facts, all of which are within my own personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of December 19, 2019 Court Proceedings (Hearing Tr.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of ███████ ███████. Conditionally filed herewith under seal.

4. Attached hereto as **Exhibit 3** is a true and correct copy of ███████ ████████████████████████████████████████████ Conditionally filed herewith under seal.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of a statement Bitmain HK posted on its blog at https://blog.bitmain.com.https://blog.bitmain.com/en/fraudulent-use-of-bitmain-brand-by-bitmain-farm-and-antminersmining-com/ (last visited June 11, 2020).

6. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of Bitmain Support webpage which can be found at https://service.bitmain.com/support.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot of Bitmain HK's "Contact Us" Webpage which can be found at https://www.bitmain.com/contact (last visited June 11, 2020).

8. Attached hereto as **Exhibit 7** is a true and correct copy of a job posting from Bitmain HK for Sales Specialists in San Jose, California, found on Bitmain HK's LinkedIn page which can be found at https://www.linkedin.com/jobs/view/sales-specialist-at-bitmain-962990492/ (last visited June 11, 2020).

9. Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of Bitmain HK's official YouTube Channel webpage which can be found at https://www.youtube.com/channel/UCrjWmBeM0ezBsrPiHvUoeag; https://www.youtube.com/channel/UCrjWmBeM0ezBsrPiHvUoeag/about; and https://www.youtube.com/watch?v=Xaa_-jQ4NvM (last visited June 11, 2020).

10. Attached hereto as **Exhibit 9** is a true and correct copy of ▮▮▮▮▮ ▮▮▮▮▮ Conditionally filed herewith under seal.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Conditionally filed herewith under seal.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a Silicon Valley Business Journal news article published on June 16, 208 titled: "Exclusive: Chinese cryptocurrency giant fills last vacancy in downtown San Jose office tower." which can be found on https://www.bizjournals.com/sanjose/news/2018/07/16/bitmain-technologies-san-jose-office-riverpark.html (Last visited June 11 ,2020).

13. Attached hereto as **Exhibit 12** is a true and correct copy of portions of Bitmain Technologies Holding Company's IPO prospectus, including an Organizational Chart.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ Conditionally filed herewith under seal.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a screenshot of State of Delaware Division of Corporations – Filings (Last visited June 11, 2020).

16. Attached hereto as **Exhibit 15** is a true and correct copy of the job posting by Bitmain HK on the Indeed.com website.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Conditionally filed herewith under seal.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Declaration of Luyao Liu in litigation in the Southern District of Florida.

19. Attached hereto as **Exhibit 18** is a true and correct copy of May 10, 2020 news article by CoinGeek, available at https://coingeek.com/bitmain-thugs-nabbed-after-allegedly-stealing-govt-property-in-beijing-report (Last visited June 11, 2020).

20. Attached hereto as **Exhibit 19** is a true and correct copy of June 4, 2020 news article by Cointelegraph available at https://cointelegraph.com/news/micree-zhan-reportedly-used-private-guards-to-physically-take-over-bitmain (Last visited June 11, 2020).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on this 11th day of June 2020, in Los Angeles, CA.

*Karo Karapetyan*
**KARO KARAPETYAN**