1  CARLOS M. LAZATIN  (S.B. #229650)
   clazatin@omm.com
2  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
3  JASON A. ORR (S.B. #301764)
   jorr@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  18th Floor
   Los Angeles, California 90071-2899
6  Telephone:    +1 213 430 6000
   Facsimile:    +1 213 430 6407
7
   Attorneys for Defendant
8  Bitmain Technologies, Ltd.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  GOR GEVORKYAN, on behalf of himself and          Case No. 3:18-cv-07004-JD
    all others similarly situated,
15                                                    **DECLARATION OF JASON A. ORR IN**
                    Plaintiff,                        **SUPPORT OF DEFENDANT BITMAIN**
16                                                    **TECHNOLOGIES LTD.'S**
           v.                                         **SUPPLEMENTAL MEMORANDUM**
17                                                    **OF LAW**
    BITMAIN, INC., BITMAIN
18  TECHNOLOGIES, LTD., and DOES 1 to 10,

19                  Defendants,

20

21

22

23

24

25

26

27

28
                                                              ORR DECL. ISO SUPPL. MOL
                                                              CASE NO. 3:18-CV-07004-JD

1   I, Jason A. Orr, declare:

2      1.      I am an attorney, duly licensed to practice law in the state of California and am an

3   attorney with the law firm of O'Melveny & Myers LLP, counsel for Defendant Bitmain

4   Technologies Ltd. in the above captioned action.  I have personal knowledge of the facts stated in

5   this declaration and, if called as a witness, could and would competently testify thereto.

6

7      2.      Attached as **Exhibit A** is a true and correct copy of a lease agreement that

8   commercial real estate broker Newmark Knight Frank produced in response to a subpoena that

9   Plaintiff issued in connection with the above-captioned case. The lease agreement indicates that

10  Bitmain Inc. was the tenant of a property at 300 Park Avenue, San Jose, California.

11      I declare under penalty of perjury under the laws of the United States that the foregoing is

12  true and correct.

13

14

15

16                                                     By:  _/s/ Jason A. Orr_____
                                                              Jason A. Orr

17

18

19

20

21

22

23

24

25

26

27

28

                                                       1                    ORR DECL. ISO SUPPL. MOL
                                                                            CASE NO. 3:18-CV-07004-JD