# Exhibit A

# POLICY CHANGE 5

Effective 06/19/2018, this endorsement forms a part of Policy No. 711-01-61-78-0000
(At the time stated in the policy)
issued to
   BITMAIN INC.
   (See ASC 00 11 01 98, Schedule 2)
   STE 210
   640 W CALIFORNIA AVE
   SUNNYVALE, CA 94086-3624
   Producer: USI INSURANCE SERVICES NATIONAL, INC.

by Atlantic Specialty Insurance Company

In Accordance with this Policy Change Your Premium is Revised as follows:

No Change in Premium

This Policy Change Amends the Following Policy Provisions:

Common Policy Declarations, 4 VIL 100 10 98

Amend Named Insured:
  BITMAIN INC.

Amend Form(s):
  ASC 00 11 01 98        Schedule 2 - NAMED INSURED

3 8-43-1249 07/12/2018   SFF CPW PR 0.767

# SCHEDULE 2

Effective 06/19/2018 , this schedule forms a part of Policy No. 711-01-61-78-0000
(At the time stated in the policy)

issued to
BITMAIN INC.
(See ASC 00 11 01 98, Schedule 2)
STE 210
640 W CALIFORNIA AVE
SUNNYVALE, CA 94086-3624
Producer: USI INSURANCE SERVICES NATIONAL, INC.

by Atlantic Specialty Insurance Company

<u>Named Insured</u>

BITMAIN INC.

BUFFALO RIVER LLC

ANT CREEK LLC

BITMAIN TECHNOLOGIES LTD

3 8-43-1249 07/12/2018   SFF CPW PR 0.767

ASC 00 11 01 98                    E-INSURED                    **POLICY SCHEDULE**
                                                                Page 1 of 1