AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Gor Gevorkyan, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-07004-JD |
| BITMAIN TECHNOLOGIES, Ltd. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gor Gevorkyan on behalf of himself and all others similarly situated                                              .

Date:   11/23/2020

DocuSigned by:
[signature]
82E9DC9ABF854A6...
*Attorney's signature*

Emmanuel M. Starr (319778)
*Printed name and bar number*
23901 Calabasas Rd., Ste. 2074, Calabasas, CA 91302

*Address*

manny@frontierlawcenter.com
*E-mail address*

(818) 914-3433
*Telephone number*

(818) 914-3433
*FAX number*