**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gor Gevorkyan on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,<br><br>Defendants. | Case Number: 3:18-cv-07004-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT JURISDICTIONAL DISCOVERY AND CONTINUING JURISDICTIONAL BRIEFING SCHEDULE** |

Plaintiff Gor Gevorkian ("Plaintiff") and Defendant Bitmain Technologies, Ltd. ("Defendant") (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS,** on December 19, 2019, the Court granted leave for Plaintiff to conduct jurisdictional discovery on Defendant for a period of 120 days (ECF No. 44);

**WHEREAS,** on April 15, 2020, the Parties stipulated to allow Plaintiff additional time to conduct jurisdictional discovery, including the taking of Luyao Liu's deposition, in light of the COVID 19 pandemic (ECF No. 51);

**WHEREAS,** on November 24, 2020, the Court issued an order extending the jurisdictional discovery deadline to January 8, 2021, to allow Defendant to produce additional documents, and to allow Plaintiff to take a written deposition of Luyao Liu (ECF No. 71);

**WHEREAS,** on November 24, 2020, the Court also instructed the Parties to file simultaneous briefs on February 7, 2021 regarding the issue of jurisdiction over the Defendant (ECF No. 71);

**WHEREAS,** the Parties are informed that Luyao Liu is no longer employed by Defendant, and thus, can no longer be produced by Defendant for a deposition;

**WHEREAS,** any substitute deponent whom Defendant might produce would be located in mainland China;

**WHEREAS,** the Parties are informed that a deposition of any kind of a resident of mainland China cannot be taken, whether written or oral, and that as a result of tightened travel restrictions currently in place in response to a new strain of COVID-19 that is even more contagious, requiring a witness to travel outside of mainland China for a deposition would be unduly burdensome and unreasonable due to current travel restrictions resulting from the COVID-19 pandemic;

**WHEREAS,** the deposition of Defendant's witness(es) cannot be taken until the travel restrictions currently being imposed in response to the COVID-19 pandemic are lifted; and,

**WHEREAS,** the Parties believe that the relevant travel restrictions will likely be in place for at least another 6 months.

**THEREFORE, THE PARTIES HAVE MET AND CONFERRED AND AGREED THAT:**

1. The time for Plaintiff to depose a Bitmain witness should be extended until the relevant travel restrictions are lifted such that Plaintiff is able to take the aforementioned deposition;

2. Once the relevant travel restrictions are lifted, Defendant will produce a witness who is knowledgeable regarding the facts set forth in the Declaration of Luyao Liu for a deposition;

3. The Parties will work cooperatively to monitor the travel restrictions and conduct the aforementioned deposition as soon as possible once travel restrictions permit the deposition of a mainland Chinese resident without unreasonable burden;

4. Plaintiff's period in which to conduct jurisdictional discovery is otherwise closed, except that Plaintiff shall be permitted to file a motion to compel further document production related to the Court's November 24, 2020 order by no later than February 15, 2021;

5. Defendant, by agreeing to this stipulation, does not concede that any motion to compel contemplated to be filed by Plaintiff has merit or that Defendant has not already made a complete production in full compliance with the Court's November 24, 2020 order; and

6. The current deadline to file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant should be vacated, and should be reset for 30 days after the date that Plaintiff takes the aforementioned deposition.

**NOW, THEREFORE,** the undersigned Parties hereby stipulate and agree, subject to Court approval, that:

1. The time for Plaintiff to depose a Bitmain witness should be extended until the relevant travel restrictions are lifted such that Plaintiff may take the aforementioned deposition;

2. Plaintiff shall have until July 22, 2021 to take the aforementioned deposition; however, if the relevant travel restrictions have not been lifted by this date, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;

3. Plaintiff shall have until February 15, 2021 to file a motion to compel further document production related to the Court's November 24, 2020 order;

4. The period in which Plaintiff may take jurisdictional discovery is otherwise closed; and

5. The current briefing schedule is VACATED, and the Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes the aforementioned deposition(s).

**IT IS SO STIPULATED**

Dated:  January 25, 2021

*/s/* Karo G. Karapetyan
Robert Starr (183052)
Karo G. Karapetyan (318101)
Manny Starr (319778)
FRONTIER LAW CENTER
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:     robert@frontierlawcenter.com
            karo@frontierlawcenter.com
            manny@frontierlawcenter.com

Jordan L. Lurie (130013)
Ari Y. Basser (272618)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: 310-405-7190

```
                              Facsimile: 917-463-1044
                              E-mail:    jllurie@pomlaw.com
                                         abasser@pomlaw.com

                              Christopher Marlborough (298219)
                              THE MARLBOROUGH LAW FIRM, P.C.
                              445 Broad Hollow Road, Suite 400
                              Melville, NY 11747
                              Telephone: (212) 991-8960
                              Facsimile: (212) 991-8952
                              E-Mail:    chris@marlboroughlawfirm.com

                              Attorneys for Plaintiff
```

Dated: January 25, 2021

```
                              /s/ Jason A. Orr
                              Carlos M. Lazatin
                              William K. Pao
                              Jason A. Orr
                              O'MELVENY & MYERS LLP
                              400 South Hope Street
                              18th Floor
                              Los Angeles, CA 90071
                              Telephone: (213) 430-6000
                              Facsimile: (213) 430-6407
                              Email: clazatin@omm.com
                              Email: wpao@omm.com
                              Email: jorr@omm.com

                              Attorneys for Defendant
                              Bitmain Technologies, Ltd.
```

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 26, 2021

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE