**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing, orders as follows:

1. The time for Plaintiff to depose a Bitmain witness shall be extended by thirty-five (35) days until August 27, 2021;
2. The parties shall conduct the deposition in Seoul, Republic of Korea, provided that they obtain the approval of the relevant local authorities;
3. If Plaintiff is unable to take the deposition by August 27, 2021, because of circumstances beyond his control, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;
4. The Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes the aforementioned deposition(s).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                Hon. James Donato
                                                UNITED STATES DISTRICT JUDGE