**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gor Gevorkyan on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,<br><br>Defendants. | Case Number: 3:18-cv-07004-JD<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO CONDUCT JURISDICTIONAL DISCOVERY AND CONTINUING JURISDICTIONAL BRIEFING SCHEDULE** |

Plaintiff Gor Gevorkian and Defendant Bitmain Technologies, Ltd. hereby stipulate and agree as follows:

**WHEREAS,** on December 19, 2019, the Court granted leave for Plaintiff to conduct jurisdictional discovery on Defendant for a period of 120 days (ECF No. 44);

**WHEREAS,** due to travel restrictions related to the COVID-19 pandemic, the Parties stipulated to allow Plaintiff until July 22, 2021 to take a deposition of a Bitmain witness who is knowledgeable regarding the facts set forth in the Declarations of Luyao Liu (ECF No. 72); and the Court approved the Parties' Stipulation (ECF No. 73);

**WHEREAS,** the Court also ordered that Plaintiff could seek additional leave to further extend the deadline to conduct the deposition in the event travel restrictions would not permit a deposition by July 22, 2021 (ECF No. 73);

**WHEREAS,** the current travel restrictions are still such that a Bitmain's witness would be required to quarantine for 14 days upon re-entry into mainland China if the witness were required to leave mainland China in order to participate in the aforementioned deposition;

**WHEREAS,** recent changes in travel restrictions may now allow entry of certain foreign nationals into the Republic of Korea, subject to certain conditions and government approval;

**WHEREAS,** Bitmain is seeking to obtain the necessary approvals from the authorities of the Republic of Korea to allow a Bitmain witness, Yonggang Sun, to be deposed on August 4, 2021, at the office of O'Melveny & Myers LLP in Seoul, South Korea;

**THEREFORE, THE PARTIES HAVE MET AND CONFERRED AND AGREED THAT:**

1. The time for Plaintiff to depose a Bitmain witness should be extended by thirty-five (35) days until August 27, 2021;
2. The parties will conduct the deposition in Seoul, Republic of Korea, provided that they obtain the approval of the relevant local authorities;

3. The deadline to file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant shall be 30 days after the date that Plaintiff takes this deposition.

**NOW, THEREFORE,** the undersigned Parties hereby stipulate and agree, subject to Court approval, that:

1. The time for Plaintiff to depose a Bitmain witness shall be extended by thirty-five (35) days until August 27, 2021;
2. The parties shall conduct the deposition in Seoul, Republic of Korea, provided that they obtain the approval of the relevant local authorities;
3. If Plaintiff is unable to take the deposition by August 27, 2021, because of circumstances beyond his control, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;
4. The Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes this deposition.

**IT IS SO STIPULATED**

Dated:  July 7, 2021

*/s/* Manny Starr
Robert Starr (183052)
Karo G. Karapetyan (318101)
Manny Starr (319778)
FRONTIER LAW CENTER
23901 Calabasas Rd, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:	robert@frontierlawcenter.com
	karo@frontierlawcenter.com
	manny@frontierlawcenter.com

Jordan L. Lurie (130013)
Ari Y. Basser (272618)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: 310-405-7190

Facsimile: 917-463-1044  
E-mail: jllurie@pomlaw.com  
abasser@pomlaw.com

Christopher Marlborough (298219)  
THE MARLBOROUGH LAW FIRM, P.C.  
445 Broad Hollow Road, Suite 400  
Melville, NY 11747  
Telephone: (212) 991-8960  
Facsimile: (212) 991-8952  
E-Mail: chris@marlboroughlawfirm.com

Attorneys for Plaintiff

Dated: July 7, 2021

/s/ Jason A. Orr  
Carlos M. Lazatin  
William K. Pao  
Jason A. Orr  
O'MELVENY & MYERS LLP  
400 South Hope Street  
18th Floor  
Los Angeles, CA 90071  
Telephone: (213) 430-6000  
Facsimile: (213) 430-6407  
Email: clazatin@omm.com  
Email: wpao@omm.com  
Email: jorr@omm.com

Attorneys for Defendant  
Bitmain Technologies, Ltd.

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1, I, Manny Starr, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: July 7, 2021                    FRONTIER LAW CENTER

By:    /s/ Manny Starr  
       Manny Starr

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing, orders as follows:

1. The time for Plaintiff to depose a Bitmain witness shall be extended by thirty-five (35) days until August 27, 2021;
2. The parties shall conduct the deposition in Seoul, Republic of Korea, provided that they obtain the approval of the relevant local authorities;
3. If Plaintiff is unable to take the deposition by August 27, 2021, because of circumstances beyond his control, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;
4. The Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes the aforementioned deposition(s).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  7/14/2021

Hon. James Donato
UNITED STATES DISTRICT JUDGE