**FRONTIER LAW CENTER**
Robert L. Starr (183052)
robert@frontierlawcenter.com
Karo G. Karapetyan (318101)
karo@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
23901 Calabasas Road, Suite 2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

**POMERANTZ LLP**
Jordan L. Lurie (130013)
jllurie@pomlaw.com
Ari Y. Basser (272618)
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492
Facsimile: (310) 861-8591

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (298219)
chris@marlboroughlawfirm.com
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952

Attorneys for Plaintiff Gor Gevorkyan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gor Gevorkyan on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bitmain, Inc., Bitmain Technologies, Ltd. and DOES 1 to 10,<br><br>Defendants. | Case Number: 3:18-cv-07004-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT JURISDICTIONAL DISCOVERY AND CONTINUING JURISDICTIONAL BRIEFING SCHEDULE**<br><br>Complaint Filed: November 19, 2018<br>Trial Date: None Set |

Plaintiff Gor Gevorkian ("Plaintiff") and Defendant Bitmain Technologies, Ltd. ("Bitmain") (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on December 19, 2019, the Court granted leave for Plaintiff to conduct jurisdictional discovery on Defendant for a period of 120 days (ECF No. 44);

**WHEREAS**, due to travel restrictions related to the COVID-19 pandemic, the Parties stipulated to allow Plaintiff until July 22, 2021, to take a deposition of a Bitmain witness who is knowledgeable regarding the facts set forth in the Declarations of Luyao Liu (ECF No. 72); and the Court approved the Parties' Stipulation (ECF No. 73);

**WHEREAS**, the Court granted a stipulated extension of Plaintiff's deadline to depose a Bitmain witness until August 27, 2021 (ECF No. 76), so that the witness could obtain necessary government authorizations that would allow him to travel to South Korea and sit for deposition at the offices of O'Melveny & Myers LLP in Seoul, South Korea;

**WHEREAS**, the Court also ordered that Plaintiff could seek additional leave to further extend the deadline to conduct the deposition in the event that he was unable to take the deposition by August 27, 2021, because of circumstances beyond his control (ECF No. 76);

**WHEREAS**, Bitmain has been diligent in applying for the necessary visa and approvals from the relevant authorities of the Republic of Korea;

**WHEREAS**, the Bitmain witness was recently issued a visa to travel to South Korea and is in the process of applying for a quarantine exemption from the authorities of the Republic of Korea;

**WHEREAS**, the delay in obtaining all necessary government approvals, which was beyond the Parties' control, has made it infeasible to conduct the deposition before August 27, 2021;

**WHEREAS**, a further brief extension of the time to take the deposition will allow time for final government approvals to be issued;

**WHEREAS**, the parties have agreed to reschedule the deposition to take place on September 2, 2021, subject to obtaining final approvals from the relevant authorities;

**THEREFORE, THE PARTIES HAVE MET AND CONFERRED AND AGREED THAT:**

1. The time for Plaintiff to depose a Bitmain witness should be extended by fourteen (14) days until September 10, 2021, in anticipation of the parties being able to conduct the deposition in Seoul, Republic of Korea, subject to the approval of the relevant authorities;

2. The deadline to file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant shall be 30 days after the date that Plaintiff takes the aforementioned deposition.

**NOW, THEREFORE,** the undersigned Parties hereby stipulate and agree, subject to Court approval, that:

1. The time for Plaintiff to depose a Bitmain witness should be extended by fourteen (14) days until September 10, 2021, in anticipation of the parties being able to conduct the deposition in Seoul, Republic of Korea, subject to the approval of the relevant authorities;

2. If the Parties are unable to schedule a mutually convenient time and place to take the deposition by that date, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;

3. The Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes the aforementioned deposition(s).

**IT IS SO STIPULATED**

Dated:  August 16, 2021

                                             */s/ Karo G. Karapetyan*
                                             Robert Starr (183052)
                                             Karo G. Karapetyan (318101)
                                             Manny Starr (319778)
                                             FRONTIER LAW CENTER
                                             23901 Calabasas Rd, Suite 2074

Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433
E-Mail:     robert@frontierlawcenter.com
            karo@frontierlawcenter.com
            manny@frontierlawcenter.com

Jordan L. Lurie (130013)
Ari Y. Basser (272618)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: 310-405-7190
Facsimile:   917-463-1044
E-mail:      jllurie@pomlaw.com
             abasser@pomlaw.com

Christopher Marlborough (298219)
THE MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
E-Mail:     chris@marlboroughlawfirm.com

Attorneys for Plaintiff

Dated:  August 16, 2021

*/s/ Carlos M. Lazatin*
Carlos M. Lazatin
William K. Pao
Jason A. Orr
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: clazatin@omm.com
Email: wpao@omm.com
Email: jorr@omm.com

Attorneys for Defendant
Bitmain Technologies, Ltd.

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1, I, Karo G. Karapetyan, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: August 16, 2021                FRONTIER LAW CENTER

                                                By:     /s/ Karo G. Karapetyan
                                                              Karo G. Karapetyan

# ~~[PROPOSED]~~ ORDER

The Court, having considered the Joint Stipulation submitted by the Parties, and good cause appearing, orders as follows:

1. The time for Plaintiff to depose a Bitmain witness shall be extended by fourteen (14) days until September 10, 2021, in anticipation of the parties being able to conduct the deposition in Seoul, Republic of Korea, subject to the approval of the relevant authorities;
2. If the Parties are unable to schedule a mutually convenient time and place to take the deposition by that date, Plaintiff may seek additional leave of Court to further extend the deadline to conduct the deposition;
3. The Parties shall file simultaneous briefs addressing the issue of specific jurisdiction over the Defendant within 30 days after the date that Plaintiff takes the aforementioned deposition(s).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __8/19/2021__

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE