Bitmain Technologies Limited

# COMMERCIAL INVOICE

Seller: Bitmain Technologies Limited

INVOICE NUMBER: 0012018011701318

CONSIGNEE COMPANY: Gor Gevorkyan

SHIP BY(AWB):  UPS------1Z414A6FD958650668

SHIP DATE: 2018-03-14 15:35:04

ADDRESS: United StatesCaliforniaTujunga11124 Provence Ln

TEL: 2137927102

ATTENTION: Gor Gevorkyan

ADDITIONAL INFO

Items

| Full description Of Goods | Quantity | Unit Value(USD) | Subtotal Value(USD) | Gross Wight(KG) | Country of Manufacture | Bill ID |
|---|---|---|---|---|---|---|
| Antminer S9-13.5TH/s | 10 | 2319.49 | 23194.9 | 5.5 | MADE IN CHINA | 1Z414A6FD958650668 |
| Total Value(USD):24060.55 | | | | Total Gross Weight(KG):55 | | |
| Total pieces:10 | | | | Shipping Cost(USD):865.65 | | |

SIGNATURE:




COMPANY STAMP:



DATE:2018-03-14 15:35:04