10/2/21, 12:03 PM  The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD   Document 83-6   Filed 10/04/21   Page 1 of 9

# BLOG.BITMAIN.COM

Cryptocurrency, Bitcoin, Bitmain and more…



# The 2021 Bitmain Partner Summit was Successfully Held, Establishing

10/2/21, 12:03 PM    The 2021 Bitmain Partner Summit was Successfully Held - Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD   Document 83-6   Filed 10/04/21   Page 2 of 9

# a Stronger Platform to Foster a Win-win Partnership Approach

MARCH 15, 2021  /  ADMIN  /  0 COMMENTS

On March 12, Bitmain held the "2021 Bitmain Partner Summit" in Shenzhen, China. The summit aimed to foster a new win-win partnership approach with the company's customers and partners for the future development of the mining industry. Many of Bitmain suppliers, customers, and strategic partners gathered at the summit. Chairman Zhan Ketuan and several company executives attended the summit.

At the meeting, Mr. Zhan presented a keynote speech on the current situation of the industry and reformation trends. Several executives from Bitmain also shared corresponding presentations on their respective segments.



*2021 Bitmain Partnership Summit*

Mr. Zhan pointed out that the current digital currency mining industry has entered a mature and stable period. As the total market value of global digital currencies is approaching USD 2 trillion, new changes have taken place in the global distribution of

10/2/21, 12:03 PM   The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD Document 83-6 Filed 10/04/21 Page 3 of 9

computing power. The share of overseas computing power has expanded and crypto mining concept stocks have emerged in the US capital market.

Since its establishment in 2013, Bitmain has had the ambition of developing advanced technologies and continuous innovation to achieve long-term technological leadership. At present, the Antminer brand covers all mainstream POW digital currencies and has maintained outstanding performance attaining the world's largest market share.

Mr. Zhan also clarified the future development policy of Bitmain, explaining that the company will continue to expand the development of computing power. Adhering to the concept of "Openness, Cooperation, and a Win-win Partnership" approach, Bitmain aims to achieve long-term cooperation with more excellent supply chain partners and will continue to enrich mining pools, data centers, and cloud computing services. Ecological partners in the fields of energy, energy recycling, etc., will provide a solid guarantee for the long-term investment of customers.

**Awarding Ceremony of Excellent Supply Chain Partners**

Bitmain has always been committed to providing the world with the best computing power chips. The annual output of Antminers has reached one million units, requiring hundreds of millions of chips. The achievement of the brand was feasible thanks to the support of the leading technology and abundant output of excellent suppliers of Bitmain.

Sun Yonggang, IC Operations Director of Bitmain, said that being faced with the growing market demand and fluctuations in production capacity, Bitmain will award excellent suppliers who possess exceptional operations, especially under the pressure of the global pandemic and the surge in market demand. Bitmain will work together with many supply chain partners to advance the stable supply and production of mining hardware.

Distinguishing the long-term contributions of supply chain partners, Bitmain awarded 24 excellent supply chain partners from the three dimensions of chips, processing services, and materials.

10/2/21, 12:03 PM    The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD  Document 83-6  Filed 10/04/21  Page 4 of 9



*Awarding Ceremony of Excellent Supply Chain Partners*

**Empowering Bitmain's Business Model**

Du Shisheng, Vice President of Bitmain's Mining Division, shared the deployment plan of Bitmain's mining hardware business. Since the launch of the Antminer S19 series, it has led the global market with the industry's best computing power, energy efficiency ratio, quality, and after-sales service. The 19 series upgraded the chip packaging, integrated heat sinks, and anti-corrosion designs for the hash boards. The product's life cycle is expected to reach more than 5 years in operation having a long-term investment. Du said, that the long-term sales strategy of Bitmain will adopt an ordering method with insured clauses. At the same time, he pointed out that after Antminers are shipped from the factory, it is just the beginning of Bitmain's services to its clients, whether it is for data center construction, operation and maintenance, professional software services, maintenance requirements, or other related functions.

For the cultivation of talents, Bitmain will use the experience accumulated over the past eight years as a guide to solving the uncertainties of the industry, and in various fields such as data centers, mining pools, cloud computing, water-cooling, and energy recycling, Bitmain will adhere to the principles of openness, cooperation, and win-win partnership. Bitmain will select multiple partners to lead the industry's ecology toward success.

10/2/21, 12:03 PM  The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD Document 83-6 Filed 10/04/21 Page 5 of 9



*Du Shisheng, Vice President of Bitmain's Mining Division*

Gao Yu, COO of AntPool, introduced the future development plan of the company. He believes that as the mining industry has stepped into a larger scale and specialization, the mining community is gradually transitioning from individuals to institutions and enterprises, from this, auditing problems have arisen due to the demand for listing companies. Therefore, AntPool will create a professional SaaS service platform for these important points and will provide customers with a more user-friendly interface, complete functions, and rich and transparent benefits. The company will also provide clients with professional financial services.

In addition, Guo Yiliang, Head of the Operation and Maintenance Department of Bitmain Supercomputing Research Center Institute, discussed the distribution of global mining resources, analysis of ecological changes, iteration of mining strategies, development and sharing of global high-quality power resources, water-cooling trends, and operation and maintenance services.

In terms of service innovation, Chen Jie, Customer Service Director of Bitmain, pointed out that the customer service team of Bitmain adopts a combined response model of manual and intelligent services, and actively accepts customers' diverse needs in terms of business, support, and after-sales. The company will continue to uphold and offer the best customer service.

10/2/21, 12:03 PM
Case 3:18-cv-07004-JD Document 83-6 Filed 10/04/21 Page 6 of 9
The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Annual Purchase Agreement Signing Ceremony for a Win-win Partnership

At the summit, Zhou Feng, Vice President of Bitmain's Asset Management Department held an annual procurement signing ceremony with 13 companies. The companies: 大陆方舟、The9、Wayi, Valarhash, 西进数据, Atlas Mining 、Code Chain New Continent、Feixie Technology、General Mining Research、Parallel Ventures、Core Scientific、Phoenix technology, and Powerry.



*Annual Purchase Agreement Signing Ceremony*

Bitmain always puts great importance on a growing partnership with high-quality customers for "Long-term Planning, Investment Value, loyalty, and a Win-win Partnership". In addition to achieving the best energy efficiency ratio, cost-effectiveness, manufacturing quality, and after-sales service, the company will also provide exclusive services for "VIP customers". The guarantee of production capacity to ensure that these VIP customers can get a certain number of miners, to better allocate funds and resources for data centers.

Also, two distinguished partners from Bitfufu and 大陆方舟 also shared themes at the end of the summit. Lu Haiyi, Director of Bitfufu, introduced the business advantages of the company. Lu said, as the mining industry enters a new stage of globalization and specialization, cloud computing has more room for development. As Bitmain's official

10/2/21, 12:03 PM  The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD   Document 83-6   Filed 10/04/21   Page 7 of 9

cooperation and standardized computing platform, BitFuFu provides users with more professional and open mining services. In the future, BitFufu and Bitmain will carry out in-depth cooperation in various aspects such as mining hardware, data centers, and mining pools, and jointly explore the standardization of computing power. The two companies will jointly carry out the first sale and supply of new generation products, jointly developing the global market.



*Lu Haiyi, Director of Bitfufu*

Sun Li, Chief Financial Officer of 大陆方舟, focused on the application prospects of blockchain in the new era. As a leading company in the blockchain distributed computing center, 大陆方舟 will devote itself to establishing a "blockchain+" business model. Sun said, with the blessing of blockchain technology, the basic functions and applications of the digital platform can be upgraded and transformed, which will generate a stronger driving force for the economy and society.

The 2021 Bitmain Partner Summit was successfully held and witnessed the growth of Bitmain and its partners. Zhan Ketuan said, "In the current era of rapid development and changes in global digital currency and mining industry, Bitmain will work together with more customers and strategic partners and aim for a win-win partnership. Bitmain will continue to focus on developing computing power and a customer-centric strategy to provide customers with more excellent products, diverse service

10/2/21, 12:03 PM    The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD   Document 83-6   Filed 10/04/21   Page 8 of 9

innovations, and long-term investment guarantees, and create a better ecology for the common prosperity of the industry."

---------------------

Liked this article? Share it with others:

[Facebook] [Twitter] [Google+] [Reddit] [Pinterest] [LinkedIn]

Follow Us for Latest News & Articles:

[Facebook] [Twitter] [Google+] [LinkedIn]

Bitmain News

2021 BITMAIN PARTNERSHIP SUMMIT    ANTMINER    BITMAIN    SHENZHEN

PREVIOUS POST
Bitmain Announces New Repair Site in New Hampshire, USA to Support More Customers

NEXT POST
Bitmain Signs a Milestone Deal of 42,000 Antminer S19j miners with Riot Blockchain

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

10/2/21, 12:03 PM The 2021 Bitmain Partner Summit was Successfully Held, Establishing a Stronger Platform to Foster a Win-win Partnership Appr…

Case 3:18-cv-07004-JD Document 83-6 Filed 10/04/21 Page 9 of 9

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

© 2021 BLOG.BITMAIN.COM — UP ↑