



# Tianlin (Irene) Gao(Hiring) · 3rd

Bitmain

China · **Contact info**

400 connections

**Message**    More

 Bitmain

 江苏科技大学

## Activity
419 followers

#AntBoxN5V2 is #Bitmain's all-in-one mining solution that features rapid deployment. Its high-capacity storage houses up to 207 #Antminer 19 Series and will be ready for shipping...

Tianlin shared this
1 Reaction

**See all activity**

## Experience



**BD Director of NCSA**
Bitmain
Dec 2016 – Present · 4 yrs 10 mos
San Jose

## Education



江苏科技大学
2012 – 2016

## Interests

 **TIME**
2,192,583 followers

 **WIRED**
1,729,423 followers

 **The New York Times**
6,619,130 followers

 **The Atlantic**
1,678,233 followers

 **Forbes**
16,950,323 followers

 **The Wall Street Journal**
8,998,249 followers

See all