CARLOS M. LAZATIN  (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
JASON A. ORR (S.B. #301764)
jorr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:    +1 213 430 6000
Facsimile:     +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants, | Case No. 3:18-cv-07004-JD<br><br>**SUPPLEMENTAL DECLARATION OF JASON A. ORR IN SUPPORT OF DEFENDANT BITMAIN TECHNOLOGIES LTD.'S SECOND SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Jason A. Orr, declare:

1. I am an attorney, duly licensed to practice law in the state of California and am a counsel with the law firm of O'Melveny & Myers LLP, counsel for Defendant Bitmain Technologies Ltd. ("Bitmain HK") in the above captioned action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition of Gang Ren, conducted in Seoul, South Korea, on September 2, 2021.

3. On September 10, 2021, Plaintiff's counsel emailed Bitmain HK's counsel to confirm the parties' mutual understanding that the parties' supplemental briefing on personal jurisdiction was due on October 1, 2021, and to seek Bitmain HK's consent to the filing of an amended complaint. Bitmain HK's counsel responded that the parties should meet and confer telephonically on the latter issue, and the parties scheduled a call on Tuesday, September 14, 2021. Attached as **Exhibit B** is a true and correct copy of the parties' email correspondence on this issue.

4. On that September 14 telephone call, Plaintiff's counsel explained that Friday, October 1, was the last court day within 30 days of the date of the deposition of Gang Ren, the deadline this Court put in place for the parties' supplemental briefing. On that call, counsel for Bitmain HK agreed to file Bitmain HK's supplemental briefing on October 1, 2021.

5. On September 28, 2021 — three days before the parties were to file their briefs — Plaintiff's counsel emailed Bitmain HK's counsel and for the first time took the position that the parties' supplemental briefs were actually due *on Sunday, October 3, 2021*, and proposed filing on that date. Counsel for Bitmain HK responded that they were prepared to file on Friday, October 1, as previously agreed. As Plaintiff's counsel made clear their intent not to file on October 1, counsel for Bitmain HK proposed filing the briefs on Monday, October 4, 2021, the next court day

consistent with Federal Rule of Civil Procedure 6. Attached as **Exhibit C** is a true and correct copy of the parties' email correspondence on this issue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 4th day of October, 2021.

Dated:  October 4, 2021

By: _____
Jason A. Orr