1  CARLOS M. LAZATIN (S.B. #229650)
   clazatin@omm.com
2  WILLIAM K. PAO (S.B. #252637)
   wpao@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  18th Floor
   Los Angeles, California 90071-2899
5  Telephone:   +1 213 430 6000
   Facsimile:   +1 213 430 6407
6
   Attorneys for Defendant
7  Bitmain Technologies, Ltd.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN, INC., BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants, | Case No. 3:18-cv-07004-JD<br><br>**NOTICE OF WITHDRAWAL OF JASON A. ORR AS COUNSEL** |

PLEASE TAKE NOTICE that Jason A. Orr is no longer employed by O'Melveny & Myers LLP, and counsel requests that his appearance in this matter be withdrawn as to Defendant Bitmain Technologies, Ltd.  Carlos M. Lazatin and William K. Pao of O'Melveny & Myers LLP will continue to represent Defendant and will remain counsel of record.

DATED: November 24, 2021      Respectfully submitted,

/s/ Carlos M. Lazatin
Carlos M. Lazatin
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: clazatin@omm.com
Email: wpao@omm.com
Email: jorr@omm.com

*Counsel for Defendant Bitmain Technologies, Ltd.*