UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOR GEVORKYAN,
    Plaintiff,

v.

BITMAIN TECHNOLOGIES LTD.,
    Defendant.

Case No. 18-cv-07004-JD

**SCHEDULING ORDER**

    The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

    The case is referred to private mediation as proposed by the parties. Dkt. No. 41 at 7.

| Event | Deadline |
| --- | --- |
| Add parties or amend pleadings | October 7, 2022 |
| Complete private mediation | January 13, 2023 |
| Fact discovery cut-off | March 31, 2023 |
| Expert disclosures | April 14, 2023 |
| Rebuttal expert disclosures | April 28, 2023 |
| Expert discovery cut-off | May 12, 2023 |
| Last day to file motion for class certification | May 26, 2023 |
| Class certification response | June 23, 2023 |

| **Event** | **Deadline** |
|---|---|
| Class certification reply | July 7, 2023 |
| Class certification hearing | July 27, 2023, at 10 a.m. |
| Last day to file dispositive and *Daubert* motions | October 6, 2023 |
| Pretrial conference | February 22, 2024, at 1:30 p.m. |
| Jury Trial | March 11, 2024, at 9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 22, 2022

_____
JAMES DONATO
United States District Judge