CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile:+1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10,<br><br>Defendants. | Case No. 3:18-cv-07004-JD<br><br>Judge: Hon. James Donato<br><br>**DEFENDANT BITMAIN TECHNOLOGIES, LTD.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15**<br><br>Trial Date: March 11, 2024 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Bitmain Technologies, Ltd. hereby provides the following Disclosure and Certificate of Interested Entities and Persons:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Bitmain Technologies, Ltd. is a wholly owned subsidiary of Bitmain Technologies Holding Company. No publicly held corporation owns 10% or more of the stock of Bitmain Technologies, Ltd.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, no such interest is known other than that of the named parties and the entity identified above.

Dated: October 27, 2022

Respectfully submitted,

CARLOS M. LAZATIN
WILLIAM K. PAO

O'MELVENY & MYERS LLP

By: /s/ *Carlos M. Lazatin*
Carlos M. Lazatin
*Attorneys for Defendant*
*Bitmain Technologies, Ltd.*