DocuSign Envelope ID: 6327582B-5D1E-4F7A-8E70-22201EC196B3

CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Defendant
Bitmain Technologies, Ltd.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOR GEVORKYAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BITMAIN TECHNOLOGIES, LTD., and DOES 1 to 10, <br><br> Defendants. | Case No. 3:18-cv-07004-JD <br><br> Judge: Hon. James Donato <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> Trial Date: March 11, 2024 |

STIPULATED DISMISSAL WITH
PREJUDICE
3:18-CV-07004-JD

DocuSign Envelope ID: 6327582B-5D1E-4F7A-8E70-22201EC196B3

1. WHEREAS, on November 19, 2018, plaintiff Gor Gevorkyan ("Plaintiff") commenced this action against defendants Bitmain Technologies, Ltd. ("Bitmain") and Bitmain, Inc.;

2. WHEREAS, on February 14, 2019, Plaintiff dismissed his claims against Bitmain, Inc.;

3. WHEREAS, all parties to the above-captioned action have agreed that this action shall be dismissed with prejudice; and

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AND AGREE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Gor Gevorkyan hereby dismisses with prejudice all his claims against Bitmain in the above-captioned action.

2. Each party shall bear its own attorneys' fees and costs.

DATED: February 23, 2023

O'MELVENY & MYERS LLP

_____
Carlos M. Lazatin
William K. Pao
O'MELVENY & MYERS LLP

*Counsel for Defendant Bitmain Technologies, Ltd.*

DATED: February 23, 2023

Frontier Law Center

_____
Robert Starr
Adam Rose
Karo Karapetyan
Manny Starr

*Counsel for Plaintiff Gor Gevorkyan*

Dated: February 23, 2023

Pomerantz LLP

_____
Ari Y. Basser
Jordan L. Lurie
*Counsel for Plaintiff Gor Gevorkyan*

| | |
|---|---|
| Dated: __2/23__, 2023 | The Marlborough Law Firm PC<br><br>_/s/ Christopher Marlborough_<br>Christopher Marlborough<br>*Counsel for Plaintiff Gor Gevorkyan* |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and accurate copy of the foregoing was served |
| 3 | upon all counsel of record via the Court's CM/ECF Filing System this 24 day of Feb , 2023. |
| 4 | |
| 5 | /s/ Sherin Parikh<br>Sherin Parikh |
**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 24 day of Feb , 2023.

/s/ Sherin Parikh
Sherin Parikh

DocuSign Envelope ID: 6327582B-5D1E-4F7A-8E70-22201EC196B3